ACCEPTED
03-16-00718-CV
14585383
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2017 3:25:05 PM
JEFFREY D. KYLE
CLERK

## NO. 03-16-00718-CV

_____



**IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2017 3:25:05 PM
JEFFREY D. KYLE
Clerk

_____

### IN RE VOLKSWAGEN CLEAN DIESEL LITIGATION:
### TCAA ENFORCEMENT CASE

_____

### VOLKSWAGEN GROUP OF AMERICA, INC.'S RESPONSE TO THE
### STATE OF TEXAS' MOTION TO STRIKE

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Volkswagen Group of America, Inc. ("VWGoA") files this Response to the State of Texas' ("State") Motion to Strike and would show the Court as follows:

### INTRODUCTION

The premises of the State's motion are that VWGoA is not a party to this appeal and writ of mandamus is the exclusive avenue for this Court to enforce the automatic stay provided by Tex. Civ. Prac. & Rem. Code § 51.014(b).[1]  As explained below, those premises are fundamentally incorrect.  While writ of mandamus is *one* available avenue for relief, this Court also has the authority—

---

[1] The Motion to Stay that the State seeks to strike was filed by VWGoA and Porsche Cars North America, Inc. ("Porsche").  The State does not challenge Porsche's right to file the Motion to Stay, and has therefore waived any argument regarding the same.  *See, e.g., Liberty Mut. Ins. Co. v. Griesing*, 150 S.W.3d 640, 648 (Tex. App.—Austin 2004, pet. dism'd) (citing *Fredonia State Bank v. General Am. Life Ins. Co.*, 881 S.W.2d 279, 284 (Tex. 1994).  Thus, regardless of how this Court rules on the State's Motion to Strike, this Court should still rule on the Motion to Stay, since Porsche has also made that Motion and seeks the same relief.

1

under Section 21.001(a) of the Texas Government Code—to enforce the automatic stay to aid in its jurisdiction.

The State's motion ignores the fact that the relief which VWGoA (and Porsche) seek in their motion is enforcement of Tex. Civ. Prac. & Rem. Code § 51.014(b), which provides that "[a]n interlocutory appeal under Subsection (a)(3), (5), (8), or (12) also stays all other proceedings in the trial court pending resolution of that appeal." The language could not be clearer and applies to all proceedings in the trial court, regardless of whether the party seeking to enforce the stay is a party to the appeal (which VWGoA is in any event). The State's failure to even address the automatic stay speaks volumes. Indeed, it is the State's and the County Plaintiffs' refusal to abide by this statutory stay that prompted VWGoA's motion in the first place. This Court has authority to issue any writ necessary to aid in its jurisdiction under Section 21.001(a) of the Texas Government Code, including to enforce the automatics stay under Section 51.014(b) of the Texas Civil Practice and Remedies Code. Thus, the Court's ability to enforce the automatic stay is not impacted in any way by whether VWGoA is or is not a party to this appeal or whether mandamus is also an appropriate avenue for relief.

VWGoA is a party to this appeal in any event. Indeed, in its docketing statement, the State admits that that VWGoA is a "part[y] to the trial court's

2

order,"[2] and appellate jurisdiction applies to "parties to the judgment or interlocutory order being appealed."[3] This should also end the inquiry. Under Tex. R. App. P. 25.1(b), "[t]he filing of a notice of appeal by *any party* invokes the appellate court's jurisdiction over *all parties* to the trial court's judgment or order appealed from."

Finally, even if VWGoA were not a party to this appeal and even if that were a relevant question for purposes of this Court's enforcement of the automatic stay in aid of its jurisdiction, the State's motion should still be denied. VWGoA has not filed a brief regarding the propriety or impropriety of the underlying order from which the State appeals. Instead, VWGoA has filed a related motion requesting that the Court enforce the automatic stay pending resolution of the interlocutory appeal. At least one Texas appellate court has concluded that a non-party's participation in appellate motions related to the substantive appeal is proper.[4] For this additional reason, this Court should deny the State's Motion to Strike.

---

[2] *See* Ex. A at pgs. 44, 60 (Docketing Statement).
[3] *See Craig v. Tejas Promotions, LLC*, 2016 Tex. App. LEXIS 10245, *5 (Tex.App.—Austin, 2016, no pet.).
[4] *See City of Dall. v. Turley*, 316 S.W.3d 762, 775-76 (Tex. App.—Dallas 2010, pet. denied).

# ARGUMENT

## A. This Court Has the Authority To Grant VWGoA's Motion to Enforce the Automatic Stay Regardless of VWGoA's Procedural Posture on This Appeal.

As a preliminary matter, it makes no difference whether VWGoA is a party to this appeal. The Section 51.014(b) stay is automatic and mandatory, and provides no room for discretion.[5] Because the State appeals from an order entered in the Environmental MDL cause number, the stay applies with equal force to all lawsuits pending in the Environmental MDL and, therefore, to all claims which involve the "same parties, conduct, and data."[6] Thus, regardless of whether Texas Rule of Appellate Procedure 29.3 applies only to the parties on appeal (as the State argues) and even assuming VWGoA were not such a party (which it is), this Court has the authority to enforce the automatic stay under Texas Government Code Section 21.001(a), which provides courts with "all powers necessary for the exercise of [their] jurisdiction . . ., including authority to issue the writs and orders necessary or proper in aid of [their] jurisdiction."[7]

---

[5] *In re I-10 Colony, Inc.*, 2015 Tex. App. LEXIS 1733, at *4 (Tex.App.—Houston [1st Dist.] 2015, no pet.) (filing of notice of interlocutory appeal triggered the automatic stay under Section 51.014(b); trial court was precluded from entering any orders after notice of interlocutory appeal was filed); *Sheinfeld, Maley & Kay, P.C. v. Bellush*, 61 S.W.3d 437, 439 (Tex. App.—San Antonio 2001, no pet.) ("[T]he stay set forth in section 51.014 is statutory and allows no room for discretion.").

[6] *See In re Bliss & Glennon, Inc.*, 2014 Tex. App. LEXIS 119, 2014 WL 50831, at *10 (Tex. App.—Houston [1st Dist.], January 7, 2014, orig. proceeding) (citing *Ryland Group, Inc. v. White*, 723 S.W.2d 160, 162 (Tex. App.—Houston [1st Dist.] 1986, orig. proceeding).

[7] TEX. GOV. CODE ANN. § 21.001(a); *see also Monsanto Co. v. Daivs*, 1010 S.W.3d 28, 29 (Tex. App.—Waco 2002, pet. denied) (granting the defendants' request to seal a document pending resolution of appeal pursuant to Texas Government Code Section 21.001(a)).

4

Due to the automatic nature of the stay pending interlocutory appeal, and the trial court's potential interference into the jurisdiction of this Court by signing orders in violation of the stay, this Court has authority to enforce the stay regardless of VWGoA's procedural posture on appeal. This Court has granted such a motion as recently as September 15, 2016 and, for the reasons above, should deny the State's Motion to Strike.[8]

## B. VWGoA Is a Party to This Appeal in Any Event.

Even if the State is correct that VWGoA must be a party to the appeal to obtain relief, the State acknowledges that appellate "[j]urisdiction is limited to parties to the judgment or interlocutory order being appealed."[9] VWGoA is such a party. Indeed, the State has included VWGoA in its docketing statement as a "part[y] to the trial court's order."[10] VWGoA is also listed as an Appellee on the Court's docket and is a party of record in each of the 18 lawsuits filed by the various counties (and in all other lawsuits pending in the Environmental MDL).

Moreover, the order from which the State appeals is a denial of dispositive motions it filed as a "necessary and indispensable party" against the various county plaintiffs.[11] Had the Court instead granted the State's motions challenging the counties' legal ability to file suit, it would have resulted in complete dismissal of

---

[8] *See Craig v. Tejas Promotions, LLC*, 2016 Tex. App. LEXIS 10245, *1 (Tex.App.—Austin, 2016, no pet.)
[9] Ex. B at pg. 5.(State of Texas' Motion to Strike).
[10] *See* Ex. A at pgs. 44, 60 (Docketing Statement).
[11] *See* Ex. C (Amended Omnibus Order Resolving Challenges to County Authority to File Suit When the State Has Already Initiated a Claim Under the Texas Clean Air Act).

5

all claims against VWGoA. The order denying the State's motions does the opposite: it allows each of those 18 counties' claims against VWGoA to proceed. In either case, VWGoA is a direct party to the order whose interests are prejudiced by that order—which purports to give 18 counties the right to sue VWGoA.

The State argues that "[e]ven if [VWGoA] could be a party to this interlocutory appeal, it has not filed a notice of appeal within the deadline for doing so, and is at best in the situation of a potential appellant who has failed to timely invoke the Court's appellate jurisdiction."[12] But VWGoA has not asked the Court to reverse the underlying order that is the subject of this appeal (which would have required a notice of appeal), and whether or not that order should be reversed is not relevant to the application of the automatic stay. The State has already invoked this Court's jurisdiction by filing its own Notice of Appeal, and as the State acknowledges, this Court now has jurisdiction over all parties to the order being appealed (which includes VWGoA):

> The filing of a notice of appeal by *any party* invokes the appellate court's jurisdiction over *all parties* to the trial court's judgment or order appealed from.

Ex. A at pg. 5 (quoting Tex. R. App. P. 25.1(b)) (emphasis added). Therefore, this Court has jurisdiction under Texas Rule of Appellate Procedure 29.3 to enter an

---

[12] *See* Ex. B at pg. 7.

6

order to preserve the parties' rights, including an order enforcing the automatic stay under Texas Civil Practice and Remedies Code Section 51.014(b).

### C. Even if VWGoA Were Not a Party to this Appeal, Its Motion to Stay Would Still Be Proper.

In *City of Dall. v. Turley,* the City of Dallas "filed a motion to correct the caption of the case to delete any reference to the Barretts," who were not parties to the appeal. 316 S.W.3d 762, 775 (Tex. App.—Dallas 2010, pet. denied). The 5th District Court of Appeals subsequently

> consolidated a petition for writ of injunction filed by the landowners with the interlocutory appeal. The petition for writ of injunction listed the Barretts as real parties in interest. The landowners acknowledged in the petition for writ of injunction that they requested the same relief as they sought in their emergency motion for temporary relief, which [the 5th District Court of Appeals] granted in part on July 13, 2009, and denied in part on August 12, 2009. **The Barretts participated in the briefing regarding the emergency motion, and [the 5th District Court of Appeals'] order of July 13 prohibited the Barretts as well as the City** from taking action to cut down trees or install a storm water line in the disputed area pending further order of this Court.

*Id*. at 775 (emphasis added). The 5th District Court of Appeals concluded that although the Barretts were "not parties to the appeal of the trial court's ruling on the plea to the jurisdiction . . . their participation in related motions was proper, and they [would] remain on [the Court's] service lists for this cause number." *Id*. at 775-76.

Likewise, even if, for argument's sake, VWGoA were not a party to the order the State appeals from, VWGoA's request for relief is nevertheless proper because its Motion to Stay relates to the substantive appeal.

## CONCLUSION & PRAYER

For the above reasons, VWGoA requests this Court deny the State's Motion to Strike and for such other relief in law or equity it may be justly entitled to.

Respectfully submitted,

*/s/ C. Vernon Hartline, Jr.*
**C. VERNON HARTLINE, JR.**
State Bar No. 09159500
hartline@flash.net

**HARTLINE DACUS BARGER DREYER LLP**
8750 N. Central Expressway, Suite 1600
Dallas, Texas  75231
214-369-2100
214-369-2118 fax

And

**DARRELL L. BARGER**
State Bar No. 01733800
dbarger@hdbdlaw.com

**HARTLINE DACUS BARGER DREYER LLP**
1980 Post Oak Boulevard, Suite 1800
Houston, Texas 77056
713-759-1990
713-652-2419 fax

And

**RICHARD W. CREWS, JR.**
State Bar No. 05075500
rcrews@hdbdlaw.com
**HARTLINE DACUS BARGER DREYER LLP**
800 North Shoreline Blvd.
Suite 2000, North Tower
Corpus Christi, TX 78401
361-866-8000
361-866-8039 fax

And

**JEFFREY L. CHASE**
NY State Bar No. 1002203
jchase@herzfeld-rubin.com
**MICHAEL B. GALLUB**
NY State Bar No. 2141851
mgallub@herzfeld-rubin.com

**HERZFELD & RUBIN, P.C.**
125 Broad Street
New York, New York 10004
212-471-8459
212-344-3333 fax

And

9

**ROBERT J. GIUFFRA, JR.**
New York State Bar 2309177
giuffrar@sullcrom.com
**SHARON L. NELLES**
New York State Bar 2613073
nelless@sullcrom.com
**WILLIAM B. MONAHAN**
New York State Bar 4229027
monahanw@sullcrom.com

**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
212-558-4000
Fax: 212-558-3588
**ATTORNEYS FOR DEFENDANTS
VOLKSWAGEN GROUP OF
AMERICA, INC., AUDI OF AMERICA,
LLC AND VOLKSWAGEN GROUP OF
AMERICA CHATTANOOGA
OPERATIONS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2017, a true and correct copy of this pleading was served in accordance with the Texas Rules of Appellate Procedure on all known counsel of record.

*/s/ C. Vernon Hartline, Jr.*
**C. VERNON HARTLINE, JR.**

10

# EXHIBIT A

ACCEPTED
03-16-00718-CV
13501436
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/28/2016 11:52:11 AM
JEFFREY D. KYLE
CLERK

| | |
|---|---|
| Appellate Docket Number: | 03-16-00718-CV |
| Appellate Case Style: | The State of Texas |
| Vs. | Audi Aktiengesellschaft, et al. |
| Companion Case No.: | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/28/2016 11:52:11 AM
JEFFREY D. KYLE
Clerk

Amended/corrected statement:

## DOCKETING STATEMENT (Civil)

Appellate Court: 3rd Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: State of Texas | First Name: Kristofer |
| First Name: | Middle Name: S. |
| Middle Name: | Last Name: Monson |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Office of the Attorney General |
| Pro Se: ◯ | Address 1: P.O. Box 12548 (MC-059) |
| | Address 2: |
| | City: Austin |
| | State: Texas  Zip+4: 78711-254 |
| | Telephone: 512-936-1820  ext. |
| | Fax: 512-474-2697 |
| | Email: Kristofer.Monson@texasattorneygeneral.gov |
| | SBN: 24037129 |
| **I. Appellant** | **II. Appellant Attorney(s)** |
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: State of Texas | First Name: Patrick |
| First Name: | Middle Name: K. |
| Middle Name: | Last Name: Sweeten |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Office of the Attorney General |
| Pro Se: ◯ | Address 1: P.O. Box 12548 (MC-066) |
| | Address 2: |

| | City: Austin |
|---|---|
| | State: Texas  Zip+4: 78711-2548 |
| | Telephone: 512-463-2012  ext. |
| | Fax: 512-320-0911 |
| | Email: Patrick.Sweeten@texasattorneygeneral.gov |
| | SBN: 00798537 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Bexar County | First Name: Nicholas |
| First Name: | Middle Name: |
| Middle Name: | Last Name: LaHood |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Office of Bexar County Criminal District Attorney |
| Pro Se: ◯ | Address 1: Paul Elizondo Tower |
| | Address 2: 101 W. Nueva, 4th Floor |
| | City: San Antonio |
| | State: Texas  Zip+4: 78205 |
| | Telephone: (210) 335-2342  ext. |
| | Fax: |
| | Email: n.lahood@bexar.org |
| | SBN: 24030360 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Bexar County | First Name: Edward |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Schweninger |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Office of Bexar County Criminal District Attorney |
| Pro Se: ◯ | Address 1: Paul Elizondo Tower  Office of Bexar County Criminal |
| | Address 2: 101 W. Nueva, 4th Floor |
| | City: San Antonio |
| | State: Texas  Zip+4: 78205 |
| | Telephone: (210) 335-2342  ext. |
| | Fax: |
| | Email: |
| | SBN: 17876960 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Bexar County | First Name: Rudy |
| First Name: | Middle Name: |

| | |
|---|---|
| Middle Name: | Last Name: Gonzales |
| Last Name: | Suffix: Jr. |
| Suffix: | Law Firm Name: HILLIARD, MUÑOZ & GONZALES, L.L.P. |
| Pro Se: ◯ | Address 1: 719 S. Shoreline, Suite 500 |
| | Address 2: |
| | City: Corpus Christi |
| | State: Texas  Zip+4: 78411 |
| | Telephone: (361) 882-1612  ext. |
| | Fax: (361) 882-3015 |
| | Email: rudy@hmglawfirm.com |
| | SBN: 08121700 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Bexar County | First Name: Robert |
| First Name: | Middle Name: C. |
| Middle Name: | Last Name: Hilliard |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: HILLIARD, MUÑOZ & GONZALES, L.L.P. |
| Pro Se: ◯ | Address 1: 719 S. Shoreline, Suite 500 |
| | Address 2: |
| | City: Corpus Christi |
| | State: Texas  Zip+4: 78411 |
| | Telephone: (361) 882-1612  ext. |
| | Fax: (361) 882-3015 |
| | Email: bobh@hmglawfirm.com |
| | SBN: 09677700 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Bexar County | First Name: Catherine |
| First Name: | Middle Name: D. |
| Middle Name: | Last Name: Tobin |
| Last Name: | Suffix: |

| | Law Firm Name: HILLIARD, MUÑOZ & GONZALES, L.L.P |
|---|---|
| Suffix: | Address 1: 719 S. Shoreline, Suite 500 |
| Pro Se: ◯ | Address 2: |
| | City: Corpus Christi |
| | State: Texas    Zip+4: 78411 |
| | Telephone: (361) 882-1612    ext. |
| | Fax: (361) 882-3015 |
| | Email: catherine@hmglawfirm.com |
| | SBN: 24013642 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☐ Person    ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Bexar County | First Name: John |
| First Name: | Middle Name: B. |
| Middle Name: | Last Name: Martinez |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: HILLIARD, MUÑOZ & GONZALES, L.L.P. |
| Pro Se: ◯ | Address 1: 719 S. Shoreline, Suite 500 |
| | Address 2: |
| | City: Corpus Christi |
| | State: Texas    Zip+4: 78411 |
| | Telephone: (361) 882-1612    ext. |
| | Fax: (361) 882-3015 |
| | Email: john@hmglawfirm.com |
| | SBN: 24010212 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☐ Person    ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Bexar County | First Name: Marion |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Reilly |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: HILLIARD, MUÑOZ & GONZALES, L.L.P. |
| Pro Se: ◯ | Address 1: 719 S. Shoreline, Suite 500 |
| | Address 2: |
| | City: Corpus Christi |
| | State: Texas    Zip+4: 78411 |
| | Telephone: (361) 882-1612    ext. |
| | Fax: (361) 882-3015 |
| | Email: marion@hmglawfirm.com |
| | SBN: 24079195 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Bexar County | First Name: Robert |
| First Name: | Middle Name: Howard |
| Middle Name: | Last Name: George |
| Last Name: | Suffix: II. |
| Suffix: | Law Firm Name: HILLIARD, MUÑOZ & GONZALES, L.L.P. |
| Pro Se: ◯ | Address 1: 719 S. Shoreline, Suite 500 |
| | Address 2: |
| | City: Corpus Christi |
| | State: Texas    Zip+4: 78411 |
| | Telephone: (361) 882-1612    ext. |
| | Fax: (361) 882-3015 |
| | Email: rgeorge@hmglawfirm.com |
| | SBN: 24067623 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Bexar County | First Name: Tim |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Maloney |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: MALONEY & CAMPOLO |
| Pro Se: ◯ | Address 1: 926 South Alamo Street |
| | Address 2: |
| | City: San Antonio |
| | State: Texas    Zip+4: 78205 |
| | Telephone: (210) 922-2200    ext. |
| | Fax: |
| | Email: tmaloney@maloneyandcompolo.com |
| | SBN: 12887380 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Bexar County | First Name: Justin |
| First Name: | Middle Name: A. |
| Middle Name: | Last Name: Hill |
| Last Name: | Suffix: |

| | |
|---|---|
| Suffix: | Law Firm Name: Hill Law Firm |
| Pro Se: ○ | Address 1: 921 S. St. Mary's #2 |
| | Address 2: |
| | City: San Antonio |
| | State: Texas    Zip+4: 78205 |
| | Telephone: (210) 960-3939    ext. |
| | Fax: (844) 404-4455 |
| | Email: justin@jahlawfirm.com |
| | SBN: 24057902 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person    ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Bexar County | First Name: Carlos |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Uresti |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: URESTI LAW FIRM P.C. |
| Pro Se: ○ | Address 1: 924 McCullough |
| | Address 2: |
| | City: San Antonio |
| | State: Texas    Zip+4: 78215 |
| | Telephone: (210) 227-5678    ext. 78215 |
| | Fax: (210) 921-0430 |
| | Email: carlos@urestilaw.com |
| | SBN: 00785132 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person    ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Bexar County | First Name: Pat |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Maloney |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: LAW OFFICES OF PAT MALONEY |
| Pro Se: ○ | Address 1: The Maloney Building |
| | Address 2: 239 E. Commerce St |
| | City: San Antonio |
| | State: Texas    Zip+4: 78205-2923 |
| | Telephone: (210) 226-8888    ext. |
| | Fax: |
| | Email: |
| | SBN: 12887300 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Brazos County | First Name: Rodney |
| First Name: | Middle Name: W. |
| Middle Name: | Last Name: Anderson |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Brazos County Attorney's Office |
| Pro Se: ○ | Address 1: 300 East 26th Street, Suite 1300 |
| | Address 2: |
| | City: Bryan |
| | State: Texas   Zip+4: 77803 |
| | Telephone: (979) 361-4300   ext. |
| | Fax: |
| | Email: randerson@brazoscountytx.gov |
| | SBN: 01213400 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Brazos County | First Name: William |
| First Name: | Middle Name: D. |
| Middle Name: | Last Name: Ballard |
| Last Name: | Suffix: Jr. |
| Suffix: | Law Firm Name: Brazos County Attorney's Office |
| Pro Se: ○ | Address 1: 300 East 26th Street, Suite 1300 |
| | Address 2: |
| | City: Bryan |
| | State: Texas   Zip+4: 77803 |
| | Telephone: (979) 361-4300   ext. |
| | Fax: |
| | Email: wballard@brazoscountytx.gov |
| | SBN: 01653550 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Brazos County | First Name: Anthony |
| First Name: | Middle Name: F. |
| Middle Name: | Last Name: Constant |
| Last Name: | Suffix: |

| Suffix: | Law Firm Name: CONSTANT LAW FIRM |
|---|---|
| Pro Se: ◯ | Address 1: 800 N. Shoreline Blvd. |
| | Address 2: Ste. 2700 South |
| | City: Corpus Christi |
| | State: Texas  Zip+4: 78401 |
| | Telephone: (361) 698-8000  ext. |
| | Fax: (361)-887-8010 |
| | Email: office@constantlawfirm.com |
| | SBN: 04711000 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Dallas County | First Name: Russell |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Roden |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Dallas County District Attorney's Office |
| Pro Se: ◯ | Address 1: 411 Elm Street, Suite 500 |
| | Address 2: |
| | City: Dallas |
| | State: Texas  Zip+4: 75202-3384 |
| | Telephone: (214) 653-7358  ext. |
| | Fax: |
| | Email: Russell.Roden@dallascounty.org |
| | SBN: 17132070 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Dallas County | First Name: Frank |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Waite |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Dallas County District Attorney's Office |
| Pro Se: ◯ | Address 1: 411 Elm Street, Suite 500 |
| | Address 2: |
| | City: Dallas |
| | State: Texas  Zip+4: 75202-338 |
| | Telephone: (214) 653-7358  ext. |
| | Fax: |
| | Email: Frank.Waite@dallascounty.org |
| | SBN: 20667300 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Dallas County | First Name: George (Tex) |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Quesada |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: SOMMERMAN, MCCAFFITY & QUESADA, LLP |
| Pro Se: ◯ | Address 1: 3811 Turtle Creek Blvd., Suite 1400 |
| | Address 2: |
| | City: Dallas |
| | State: Texas    Zip+4: 75219-449 |
| | Telephone: (214) 720-0720    ext. |
| | Fax: |
| | Email: |
| | SBN: 16427750 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Dallas County | First Name: Andrew |
| First Name: | Middle Name: B. |
| Middle Name: | Last Name: Sommerman |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: SOMMERMAN, MCCAFFITY & QUESADA, LLP |
| Pro Se: ◯ | Address 1: 3811 Turtle Creek Blvd., Suite 1400 |
| | Address 2: |
| | City: Dallas |
| | State: Texas    Zip+4: 75219-449 |
| | Telephone: (214) 720-0720    ext. |
| | Fax: |
| | Email: andrew@textrial.com |
| | SBN: 18842150 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Dallas County | First Name: Anthony |
| First Name: | Middle Name: F. |
| Middle Name: | Last Name: Constant |
| Last Name: | Suffix: |

| | |
|---|---|
| Suffix: | Law Firm Name: CONSTANT LAW FIRM |
| Pro Se: ◯ | Address 1: 800 N. Shoreline Blvd |
| | Address 2: Suite 2700 South |
| | City: Corpus Christi |
| | State: Texas    Zip+4: 78401 |
| | Telephone: (361) 698-8000    ext. |
| | Fax: (361)-887-8010 |
| | Email: office@constantlawfirm.com |
| | SBN: 04711000 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person   ☒ Organization (choose one) | ☒    Lead Attorney |
| Organization Name: Denton County | First Name: Paul |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Johnson |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Denton County District Attorney |
| Pro Se: ◯ | Address 1: 1450 E. McKinney Suite 3100 |
| | Address 2: |
| | City: Denton |
| | State: Texas    Zip+4: 76209 |
| | Telephone: (940) 349-2600    ext. |
| | Fax: |
| | Email: |
| | SBN: 10778100 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person   ☒ Organization (choose one) | ☐    Lead Attorney |
| Organization Name: Denton County | First Name: Anthony |
| First Name: | Middle Name: F. |
| Middle Name: | Last Name: Constant |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: CONSTANT LAW FIRM |
| Pro Se: ◯ | Address 1: 800 N. Shoreline Blvd |
| | Address 2: Suite 2700 South |
| | City: Corpus Christi |
| | State: Texas    Zip+4: 78401 |
| | Telephone: (361) 698-8000    ext. |
| | Fax: 361-887-8010 |
| | Email: office@constantlawfirm.com |
| | SBN: 04711000 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Ector County | First Name: Daniel |
| First Name: | Middle Name: W. |
| Middle Name: | Last Name: Ray |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: SCOTT, RAY & SULLIVAN, PLLC |
| Pro Se: ◯ | Address 1: 2608 Stonewall Street |
|  | Address 2: |
|  | City: Greenville |
|  | State: Texas    Zip+4: 75403-135 |
|  | Telephone: (903) 454-0044    ext. |
|  | Fax: (903) 454-1514 |
|  | Email: daniel@scottraylaw.com |
|  | SBN: 24046685 |
| III. Appellee | IV. Appellee Attorney(s) |
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Ector County | First Name: Abigail |
| First Name: | Middle Name: K. |
| Middle Name: | Last Name: Sullivan |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: SCOTT, RAY & SULLIVAN, PLLC |
| Pro Se: ◯ | Address 1: 2608 Stonewall Street |
|  | Address 2: |
|  | City: Greenville |
|  | State: Texas    Zip+4: 75403-135 |
|  | Telephone: (903) 454-0044    ext. |
|  | Fax: (903) 454-1514 |
|  | Email: abigail@scottraylaw.com |
|  | SBN: 24077300 |
| III. Appellee | IV. Appellee Attorney(s) |
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Ector County | First Name: Katrina |
| First Name: | Middle Name: M. |
| Middle Name: | Last Name: Pemberton |
| Last Name: | Suffix: |

| | |
|---|---|
| Suffix: | Law Firm Name: SCOTT, RAY & SULLIVAN, PLLC |
| Pro Se: ◯ | Address 1: 2608 Stonewall Street |
| | Address 2: |
| | City: Greenville |
| | State: Texas    Zip+4: 75403-135 |
| | Telephone: (903) 454-0044   ext. |
| | Fax: (903) 454-1514 |
| | Email: katrina@scottraylaw.com |
| | SBN: 24089357 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person   ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Ector County | First Name: Markus |
| First Name: | Middle Name: A. |
| Middle Name: | Last Name: Goll |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: SCOTT, RAY & SULLIVAN, PLLC |
| Pro Se: ◯ | Address 1: 2608 Stonewall Street |
| | Address 2: |
| | City: Greenville |
| | State: Texas   Zip+4: |
| | Telephone: (903) 454-0044   ext. |
| | Fax: (903) 454-1514 |
| | Email: mark@scottraylaw.com |
| | SBN: 24089640 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person   ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: El Paso County | First Name: Jo Anne |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Bernal |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: El Paso County Attorney |
| Pro Se: ◯ | Address 1: 500 East San Antonio |
| | Address 2: Room 503 |
| | City: El Paso |
| | State: Texas   Zip+4: 79901 |
| | Telephone: (915) 546-2050   ext. |
| | Fax: |
| | Email: Joanne.bernal@epcounty.com |
| | SBN: 02208720 |

<table>
<tr><td colspan="2"><strong>III. Appellee</strong></td><td colspan="2"><strong>IV. Appellee Attorney(s)</strong></td></tr>
</table>

**III. Appellee**

☐ Person  ☒ Organization (choose one)

Organization Name: El Paso County

First Name:

Middle Name:

Last Name:

Suffix:

Pro Se: ◯

**IV. Appellee Attorney(s)**

☐ Lead Attorney

First Name: John

Middle Name: E.

Last Name: Untereker

Suffix:

Law Firm Name: El Paso County Attorney

Address 1: 500 East San Antonio

Address 2: Room 503

City: El Paso

State: Texas  Zip+4: 79901

Telephone: (915) 546-2050  ext.

Fax:

Email:

SBN: 24080627

---

**III. Appellee**

☐ Person  ☒ Organization (choose one)

Organization Name: El Paso County

First Name:

Middle Name:

Last Name:

Suffix:

Pro Se: ◯

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Benny

Middle Name:

Last Name: Agosto

Suffix: Jr.

Law Firm Name: ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & FRIEND

Address 1: 800 Commerce Street

Address 2:

City: Houston

State: Texas  Zip+4: 77002

Telephone: (713) 222-7211  ext.

Fax: (713) 225-0827

Email: bagosto@abrahamwatkins.com

SBN: 00794981

---

**III. Appellee**

☐ Person  ☐ Organization (choose one)

First Name:

Middle Name:

Last Name:

**IV. Appellee Attorney(s)**

☐ Lead Attorney

First Name: Muhammad

Middle Name: S.

Last Name: Aziz

Suffix:

| | |
|---|---|
| Suffix: | Law Firm Name: ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & FRIEND |
| Pro Se: ◯ | Address 1: 800 Commerce Street |
| | Address 2: |
| | City: Houston |
| | State: Texas  Zip+4: 77002 |
| | Telephone: (713) 222-7211  ext. |
| | Fax: (713) 225-0827 |
| | Email: maziz@abrahamwatkins.com |
| | SBN: 24043538 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: El Paso County | First Name: Carmen |
| First Name: | Middle Name: I. |
| Middle Name: | Last Name: Perez |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: DELGADO, ACOSTA, SPENCER, LINEBARGER & PEREZ, LLP |
| Pro Se: ◯ | Address 1: 221 North Kansas St. Suite 1400 |
| | Address 2: |
| | City: El Paso |
| | State: Texas  Zip+4: 79901 |
| | Telephone: (915) 533-6637  ext. |
| | Fax: |
| | Email: CarmenP@lgbs.com |
| | SBN: 00788182 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: El Paso County | First Name: Hector |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Delgado |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: DELGADO, ACOSTA, SPENCER, LINEBARGER & PEREZ, LLP |
| Pro Se: ◯ | Address 1: 221 North Kansas St. Suite 1400 |
| | Address 2: |
| | City: El Paso |
| | State: Texas  Zip+4: 79901 |
| | Telephone: (915) 533-6637  ext. |
| | Fax: |
| | Email: |
| | SBN: 05725750 |

| III.  Appellee | IV.  Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐  Lead Attorney |
| Organization Name: El Paso County | First Name:  Richard |
| First Name: | Middle  Name: |
| Middle  Name: | Last  Name:  Mithoff |
| Last  Name: | Suffix: |
| Suffix: | Law Firm Name: MITHOFF LAW |
| Pro Se:  ◯ | Address 1:  One Allen Center, Penthouse |
| | Address 2:  500 Dallas Street |
| | City:  Houston |
| | State:  Texas  Zip+4:  77002 |
| | Telephone:  (713) 654-1122  ext. |
| | Fax:  (713) 739-8085 |
| | Email:  rmithoff@mithofflaw.com |
| | SBN:  14228500 |

| III.  Appellee | IV.  Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐  Lead Attorney |
| Organization Name: El Paso County | First Name:  Sherie |
| First Name: | Middle  Name:  Potts |
| Middle  Name: | Last  Name:  Beckman |
| Last  Name: | Suffix: |
| Suffix: | Law Firm Name: MITHOFF LAW |
| Pro Se:  ◯ | Address 1:  One Allen Center, Penthouse |
| | Address 2:  500 Dallas Street |
| | City:  Houston |
| | State:  Texas  Zip+4: |
| | Telephone:  (713) 654-1122  ext. |
| | Fax:  (713) 739-8085 |
| | Email:  sbeckman@mithoflaw.com |
| | SBN:  16182400 |

| III.  Appellee | IV.  Appellee Attorney(s) |
|---|---|
| ☐ Person  ☐ Organization (choose one) | ☐  Lead Attorney |
| | First Name:  Warner |
| First Name: | Middle  Name:  V. |
| Middle  Name: | Last  Name:  Hocker |
| Last  Name: | Suffix: |

| | |
|---|---|
| Suffix: | Law Firm Name: MITHOFF LAW |
| Pro Se: ○ | Address 1: One Allen Center, Penthouse |
| | Address 2: 500 Dallas Street |
| | City: Houston |
| | State: Texas    Zip+4: 77002 |
| | Telephone: (713) 654-1122    ext. |
| | Fax: (713) 739 8085 |
| | Email: whocker@mithofflaw.com |
| | SBN: 24074422 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: El Paso County | First Name: Debra |
| First Name: | Middle Name: Tsuchiyama |
| Middle Name: | Last Name: Baker |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: BAKER •WOTRING LLP |
| Pro Se: ○ | Address 1: 700 JPMorgan Chase Tower |
| | Address 2: 600 Travis Street |
| | City: Houston |
| | State: Texas    Zip+4: 77002 |
| | Telephone: (713) 980-1700    ext. |
| | Fax: |
| | Email: dbaker@bakerwotring.com |
| | SBN: 15089600 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: El Paso County | First Name: Earnest |
| First Name: | Middle Name: W. |
| Middle Name: | Last Name: Wotring |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: BAKER •WOTRING LLP |
| Pro Se: ○ | Address 1: 700 JPMorgan Chase Tower |
| | Address 2: 600 Travis Street |
| | City: Houston |
| | State: Texas    Zip+4: 77002 |
| | Telephone: (713) 980-1700    ext. |
| | Fax: |
| | Email: ewotring@bakerwotring.com |
| | SBN: 22012400 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: John |
| First Name: El Paso County | Middle Name: |
| Middle Name: | Last Name: Muir |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: BAKER •WOTRING LLP |
| Pro Se: ◯ | Address 1: 700 JPMorgan Chase Tower |
| | Address 2: 600 Travis Street |
| | City: Houston |
| | State: Texas    Zip+4: 77002 |
| | Telephone: (713) 980-1700    ext. |
| | Fax: |
| | Email: jmuir@bakerwotring.com |
| | SBN: 14630477 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: El Paso County | First Name: David |
| First Name: | Middle Name: |
| Middle Name: | Last Name: George |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: BAKER •WOTRING LLP |
| Pro Se: ◯ | Address 1: 700 JPMorgan Chase Tower |
| | Address 2: 600 Travis Street |
| | City: Houston |
| | State: Texas    Zip+4: 77002 |
| | Telephone: (713) 980-1700    ext. |
| | Fax: |
| | Email: dgeorge@bakerwotring.com |
| | SBN: 00793212 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Hidalgo County | First Name: Gregory |
| First Name: | Middle Name: F. |
| Middle Name: | Last Name: Cox |
| Last Name: | Suffix: |

| | Law Firm Name: MOSTYN LAW |
|---|---|
| Suffix: | Address 1: 6280 Delaware Street |
| Pro Se: ◯ | Address 2: |
| | City: Beaumont |
| | State: Texas    Zip+4: 77706 |
| | Telephone: (409) 832-2777    ext. |
| | Fax: gfcox@mostynlaw.com |
| | Email: |
| | SBN: 00793561 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☐ Person    ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Hidalgo County | First Name: Mark |
| First Name: | Middle Name: C. |
| Middle Name: | Last Name: Sparks |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: MOSTYN LAW |
| Pro Se: ◯ | Address 1: 6280 Delaware Street |
| | Address 2: |
| | City: Beaumont |
| | State: Texas    Zip+4: 77706 |
| | Telephone: (409) 832-2777    ext. |
| | Fax: |
| | Email: mark@mostynlaw.com |
| | SBN: 24000273 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☐ Person    ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Hidalgo County | First Name: Michael |
| First Name: | Middle Name: A. |
| Middle Name: | Last Name: Downey |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: MOSTYN LAW |
| Pro Se: ◯ | Address 1: 6280 Delaware Street |
| | Address 2: |
| | City: Beaumont |
| | State: Texas    Zip+4: 77706 |
| | Telephone: (409) 832-2777    ext. |
| | Fax: |
| | Email: madowney@mostynlaw.com |
| | SBN: 24087445 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Hunt County | First Name: Daniel |
| First Name: | Middle Name: W. |
| Middle Name: | Last Name: Ray |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: SCOTT, RAY & SULLIVAN, PLLC |
| Pro Se: ◯ | Address 1: 2608 Stonewall Street |
| | Address 2: |
| | City: Greenville |
| | State: Texas  Zip+4: 75403-135 |
| | Telephone: (903) 454-0044  ext. |
| | Fax: (903) 454-1514 |
| | Email: daniel@scottraylaw.com |
| | SBN: 24046685 |
| III. Appellee | IV. Appellee Attorney(s) |
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Hunt County | First Name: Abigail |
| First Name: | Middle Name: K. |
| Middle Name: | Last Name: Sullivan |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: SCOTT, RAY & SULLIVAN, PLLC |
| Pro Se: ◯ | Address 1: 2608 Stonewall Street |
| | Address 2: |
| | City: Greenville |
| | State: Texas  Zip+4: 75403-135 |
| | Telephone: (903) 454-0044  ext. |
| | Fax: (903) 454-1514 |
| | Email: abigail@scottraylaw.com |
| | SBN: 24077300 |
| III. Appellee | IV. Appellee Attorney(s) |
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Hunt County | First Name: Katrina |
| First Name: | Middle Name: M. |
| Middle Name: | Last Name: Pemberton |
| Last Name: | Suffix: |

| | Law Firm Name: SCOTT, RAY & SULLIVAN, PLLC |
|---|---|
| Suffix: | Address 1: 2608 Stonewall Street |
| Pro Se: ◯ | Address 2: |
| | City: Greenville |
| | State: Texas    Zip+4: 75403-135 |
| | Telephone: (903) 454-0044   ext. |
| | Fax: (903) 454-1514 |
| | Email: katrina@scottraylaw.com |
| | SBN: 24089357 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person    ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Hunt County | First Name: Markus |
| First Name: | Middle Name: A. |
| Middle Name: | Last Name: Goll |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: SCOTT, RAY & SULLIVAN, PLLC |
| Pro Se: ◯ | Address 1: 2608 Stonewall Street |
| | Address 2: |
| | City: Greenville |
| | State: Texas    Zip+4: |
| | Telephone: (903) 454-0044   ext. |
| | Fax: (903) 454-1514 |
| | Email: mark@scottraylaw.com |
| | SBN: 24089640 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person    ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Hunt County | First Name: Joshua |
| First Name: | Middle Name: Clay |
| Middle Name: | Last Name: Pearson |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: MILLER & PEARSON, P.C. |
| Pro Se: ◯ | Address 1: 520 S. Main Street |
| | Address 2: P.O. Box 84 |
| | City: Belton |
| | State: Texas    Zip+4: 76513 |
| | Telephone: (254) 939-3995   ext. |
| | Fax: (254) 939-3996 |
| | Email: |
| | SBN: 24077508 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Jefferson County | First Name: Kathleen |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Kennedy |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Jefferson County Criminal District Attorney's Office |
| Pro Se: ◯ | Address 1: 1085 Pear St., 3rd Floor |
| | Address 2: |
| | City: Beaumont |
| | State: Texas  Zip+4: 77701 |
| | Telephone: (409) 835-8577  ext. |
| | Fax: |
| | Email: kkennedy@co.jefferson.tx.us |
| | SBN: 00798314 |
| III. Appellee | IV. Appellee Attorney(s) |
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Jefferson County | First Name: Anthony |
| First Name: | Middle Name: F. |
| Middle Name: | Last Name: Constant |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: CONSTANT LAW FIRM |
| Pro Se: ◯ | Address 1: 800 N. Shoreline Blvd. |
| | Address 2: Ste. 2700 South |
| | City: Corpus Christi |
| | State: Texas  Zip+4: 78401 |
| | Telephone: (361) 698-8000  ext. |
| | Fax: 361-887-8010 |
| | Email: office@constantlawfirm.com |
| | SBN: 04711000 |
| III. Appellee | IV. Appellee Attorney(s) |
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Lubbock County | First Name: Matthew |
| First Name: | Middle Name: D. |
| Middle Name: | Last Name: Powell |
| Last Name: | Suffix: |

| | |
|---|---|
| Suffix: | Law Firm Name: Lubbock County Criminal District Attorney's Office Civil Division |
| Pro Se: ○ | Address 1: 916 Main St., Ste. 301 |
| | Address 2: |
| | City: Lubbock |
| | State: Texas  Zip+4: |
| | Telephone: (806) 775-1112  ext. |
| | Fax: |
| | Email: |
| | SBN: 00784782 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒  Lead Attorney |
| Organization Name: Lubbock County | First Name: Morgan |
| First Name: | Middle Name: D. |
| Middle Name: | Last Name: Vaughan |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Lubbock County Criminal District Attorney's Office Civil Division |
| Pro Se: ○ | Address 1: 916 Main St., Ste. 301 |
| | Address 2: |
| | City: Lubbock |
| | State: Texas  Zip+4: |
| | Telephone: (806) 775-1112  ext. 79401 |
| | Fax: |
| | Email: mvaughan@lubbockcda.com |
| | SBN: 24060769 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐  Lead Attorney |
| Organization Name: Lubbock County | First Name: R. |
| First Name: | Middle Name: Neal |
| Middle Name: | Last Name: Burt |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Lubbock County Criminal District Attorney's Office Civil Division |
| Pro Se: ○ | Address 1: 916 Main St., Ste. 301 |
| | Address 2: |
| | City: Lubbock |
| | State: Texas  Zip+4: 79401 |
| | Telephone: (806) 775-1112  ext. |
| | Fax: |
| | Email: |
| | SBN: 03475450 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Lubbock County | First Name: Anthony |
| First Name: | Middle Name: F. |
| Middle Name: | Last Name: Constant |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: CONSTANT LAW FIRM |
| Pro Se: ◯ | Address 1: 800 N. Shoreline Blvd. |
| | Address 2: Ste. 2700 South |
| | City: Corpus Christi |
| | State: Texas Zip+4: 78401 |
| | Telephone: (361) 698-8000 ext. |
| | Fax: 361-887-8010 |
| | Email: office@constantlawfirm.com |
| | SBN: 04711000 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Montgomery County | First Name: J D |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Lambright |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Montgomery County Attorney |
| Pro Se: ◯ | Address 1: 501 North Thompson, Suite 300 |
| | Address 2: |
| | City: Conroe |
| | State: Texas Zip+4: 77301 |
| | Telephone: (936) 539-7828 ext. |
| | Fax: |
| | Email: jd.lambright@mctx.org |
| | SBN: 24012996 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Montgomery County | First Name: Mike |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Stafford |
| Last Name: | Suffix: |

| | |
|---|---|
| Suffix: | Law Firm Name: GARDERE WYNNE SEWELL L.L.P. |
| Pro Se: ⚪ | Address 1: 1000 Louisiana Street, Suite 2000 |
| | Address 2: |
| | City: Houston |
| | State: Texas     Zip+4: 77002-500 |
| | Telephone: (713) 276-5500     ext. |
| | Fax: |
| | Email: mstafford@gardere.com |
| | SBN: 18996970 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person    ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Montgomery County | First Name: Katharine |
| First Name: | Middle Name: D. |
| Middle Name: | Last Name: David |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: GARDERE WYNNE SEWELL L.L.P. |
| Pro Se: ⚪ | Address 1: 1000 Louisiana Street, Suite 2000 |
| | Address 2: |
| | City: Houston |
| | State: Texas     Zip+4: 77002-500 |
| | Telephone: (713) 276-5500     ext. |
| | Fax: |
| | Email: kdavid@gardere.com |
| | SBN: 24045749 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person    ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Montgomery County | First Name: James |
| First Name: | Middle Name: G. |
| Middle Name: | Last Name: Munisteri |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: GARDERE WYNNE SEWELL L.L.P. |
| Pro Se: ⚪ | Address 1: 1000 Louisiana Street, Suite 2000 |
| | Address 2: |
| | City: Houston |
| | State: Texas     Zip+4: 77002-500 |
| | Telephone: (713) 276-5500     ext. |
| | Fax: |
| | Email: jmunisteri@gardere.com |
| | SBN: 14667380 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Montgomery County | First Name: Ben |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Stephens |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: GARDERE WYNNE SEWELL L.L.P. |
| Pro Se: ◯ | Address 1: 1000 Louisiana Street, Suite 2000 |
| | Address 2: |
| | City: Houston |
| | State: Texas   Zip+4: 77002-500 |
| | Telephone: (713) 276-5500   ext. |
| | Fax: |
| | Email: bstephens@gardere.com |
| | SBN: 24098472 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Nueces County | First Name: Laura |
| First Name: | Middle Name: Garza |
| Middle Name: | Last Name: Jimenez |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Nueces County Attorney |
| Pro Se: ◯ | Address 1: 901 Leopard Street, Room 207 |
| | Address 2: |
| | City: Corpus Christi |
| | State: Texas   Zip+4: 78401 |
| | Telephone: (361) 888-0391   ext. |
| | Fax: |
| | Email: Laura.jimenez@nuescesco.com |
| | SBN: 10667400 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Nueces County | First Name: Robert |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Hilliard |
| Last Name: | Suffix: |

| Suffix: | Law Firm Name: HILLIARD MUNOZ GONZALES LLP |
| | Address 1: 719 S. Shoreline, Suite 500 |
| Pro Se: ○ | Address 2: |
| | City: Corpus Christi |
| | State: Texas Zip+4: 78401 |
| | Telephone: (361) 882-1612 ext. |
| | Fax: |
| | Email: bobh@hmglawfirm.com |
| | SBN: 09677700 |

| III. Appellee | IV. Appellee Attorney(s) |
| --- | --- |
| ☐ Person ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: John |
| First Name: Nueces County | Middle Name: |
| Middle Name: | Last Name: Martinez |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: HILLIARD MUNOZ GONZALES LLP |
| Pro Se: ○ | Address 1: |
| | Address 2: |
| | City: |
| | State: Texas Zip+4: |
| | Telephone: ext. |
| | Fax: |
| | Email: John@hmglawfirm.com |
| | SBN: 24013441 |

| III. Appellee | IV. Appellee Attorney(s) |
| --- | --- |
| ☐ Person ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Nueces County | First Name: Anthony |
| First Name: | Middle Name: F. |
| Middle Name: | Last Name: Constant |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: CONSTANT LAW FIRM |
| Pro Se: ○ | Address 1: 800 N. Shoreline Blvd. |
| | Address 2: Ste. 2700 South |
| | City: Corpus Christi |
| | State: Texas Zip+4: 78401 |
| | Telephone: (361) 698-8000 ext. |
| | Fax: (361) 887-8010 |
| | Email: office@constantlawfirm.com |
| | SBN: 04711000 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Parker County | First Name: John |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Forrest |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Parker County Attorney |
| Pro Se: ◯ | Address 1: 118 W. Columbia St. |
| | Address 2: |
| | City: Weatherford |
| | State: Texas  Zip+4: 76086 |
| | Telephone: (817) 594-8409  ext. |
| | Fax: |
| | Email: John.forrest@parkercountytx.com |
| | SBN: 00796567 |
| III. Appellee | IV. Appellee Attorney(s) |
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Parker County | First Name: Anthony |
| First Name: | Middle Name: F. |
| Middle Name: | Last Name: Constant |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: CONSTANT LAW FIRM |
| Pro Se: ◯ | Address 1: 800 N. Shoreline Blvd., |
| | Address 2: Ste. 2700 South |
| | City: Corpus Christi |
| | State: Texas  Zip+4: 78401 |
| | Telephone: (361) 698-8000  ext. |
| | Fax: (361) 887-8010 |
| | Email: office@constantlawfirm.com |
| | SBN: 04711000 |
| III. Appellee | IV. Appellee Attorney(s) |
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Tarrant County | First Name: Sharon |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Wilson |
| Last Name: | Suffix: |

| | |
|---|---|
| Suffix: | Law Firm Name: Tarrant County Criminal District Attorney |
| Pro Se: ◯ | Address 1: 401 West Belknap Street |
| | Address 2: |
| | City: Fort Worth |
| | State: Texas    Zip+4: 76196 |
| | Telephone: (817) 884-2423    ext. |
| | Fax: |
| | Email: |
| | SBN: |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person    ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Tarrant County | First Name: Vince |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Cruz |
| Last Name: | Suffix: Jr. |
| Suffix: | Law Firm Name: Tarrant County Criminal District Attorney |
| Pro Se: ◯ | Address 1: 401 West Belknap Street |
| | Address 2: |
| | City: Fort Worth |
| | State: Texas    Zip+4: 76196 |
| | Telephone: (817) 884-2423    ext. |
| | Fax: |
| | Email: vcruz@tarrantcountytx.gov |
| | SBN: 05196600 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person    ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Tarrant County | First Name: Benny |
| First Name: | Middle Name: |
| Middle Name: | Last Name: Agosto |
| Last Name: | Suffix: Jr. |
| Suffix: | Law Firm Name: ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & FRIEND |
| Pro Se: ◯ | Address 1: 800 Commerce Street |
| | Address 2: |
| | City: Houston |
| | State: Texas    Zip+4: 77002 |
| | Telephone: (713) 222-7211    ext. |
| | Fax: |
| | Email: bagosto@abrahamwatkins.com |
| | SBN: 00794981 |

| III.  Appellee | IV.  Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Tarrant County | First Name:  Muhammad |
| First Name: | Middle  Name:  S. |
| Middle  Name: | Last  Name:  Aziz |
| Last  Name: | Suffix: |
| Suffix: | Law Firm Name: ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & FRIEND |
| Pro Se:  ◯ | Address 1:  800 Commerce Street |
| | Address 2: |
| | City:  Houston |
| | State:  Texas  Zip+4:  77002 |
| | Telephone:  (713) 222-7211  ext. |
| | Fax: |
| | Email:  maziz@abrahamwatkins.com |
| | SBN:  24043538 |

| III.  Appellee | IV.  Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Tarrant County | First Name:  Carmen |
| First Name: | Middle  Name:  I. |
| Middle  Name: | Last  Name:  Perez |
| Last  Name: | Suffix: |
| Suffix: | Law Firm Name: DELGADO, ACOSTA, SPENCER, LINEBARGER & PEREZ, LLP |
| Pro Se:  ◯ | Address 1: |
| | Address 2:  221 North Kansas St. Suite 1400 |
| | City:  El Paso |
| | State:  Texas  Zip+4:  79901 |
| | Telephone:  (915) 533-6637  ext. |
| | Fax: |
| | Email:  CarmenP@1gbs.com |
| | SBN:  00788182 |

| III.  Appellee | IV.  Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Tarrant County | First Name:  Richard |
| First Name: | Middle  Name: |
| Middle  Name: | Last Name:  Mithoff |
| Last  Name: | Suffix: |

| | |
|---|---|
| Suffix: | Law Firm Name: MITHOFF LAW |
| Pro Se: ◯ | Address 1: One Allen Center, Penthouse |
| | Address 2: 500 Dallas Street |
| | City: Houston |
| | State: Texas    Zip+4: 77002 |
| | Telephone: (713) 654-1122  ext. |
| | Fax: |
| | Email: rmithoff@mithofflaw.com |
| | SBN: 14228500 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person   ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Tarrant County | First Name: Sherie |
| First Name: | Middle Name: Potts |
| Middle Name: | Last Name: Beckman |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: MITHOFF LAW |
| Pro Se: ◯ | Address 1: One Allen Center, Penthouse |
| | Address 2: 500 Dallas Street |
| | City: Houston |
| | State: Texas    Zip+4: 77002 |
| | Telephone:  ext. |
| | Fax: |
| | Email: sbeckman@mithoflaw.com |
| | SBN: 16182400 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person   ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Tarrant County | First Name: Warner |
| First Name: | Middle Name: V. |
| Middle Name: | Last Name: Hocker |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: MITHOFF LAW |
| Pro Se: ◯ | Address 1: One Allen Center, Penthouse |
| | Address 2: 500 Dallas Street |
| | City: Houston |
| | State: Texas    Zip+4: 77002 |
| | Telephone: (713) 654-1122  ext. |
| | Fax: |
| | Email: whocker@mithofflaw.com |
| | SBN: 24074422 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Tarrant County | First Name:  Debra |
| First Name: | Middle Name:  Tsuchiyama |
| Middle Name: | Last Name:  Baker |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: BAKER •WOTRING LLP |
| Pro Se: ◯ | Address 1:  700 JPMorgan Chase Tower |
|  | Address 2:  600 Travis Street |
|  | City:  Houston |
|  | State:  Texas    Zip+4:  77002 |
|  | Telephone:  (713) 980-1700   ext. |
|  | Fax: |
|  | Email:  dbaker@bakerwotring.com |
|  | SBN:  15089600 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Tarrant County | First Name:  Earnest |
| First Name: | Middle Name:  W. |
| Middle Name: | Last Name:  Wotring |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: BAKER •WOTRING LLP |
| Pro Se: ◯ | Address 1:  700 JPMorgan Chase Tower |
|  | Address 2:  600 Travis Street |
|  | City:  Houston |
|  | State:  Texas    Zip+4:  77002 |
|  | Telephone:  (713) 980-1700   ext. |
|  | Fax: |
|  | Email:  ewotring@bakerwotring.com |
|  | SBN:  22012400 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Tarrant County | First Name:  John |
| First Name: | Middle Name: |
| Middle Name: | Last Name:  Muir |
| Last Name: | Suffix: |

| | |
|---|---|
| Suffix: | Law Firm Name: BAKER •WOTRING LLP |
| Pro Se: ○ | Address 1: 700 JPMorgan Chase Tower |
| | Address 2: 600 Travis Street |
| | City: Houston |
| | State: Texas    Zip+4: 77002 |
| | Telephone: (713) 980-1700    ext. |
| | Fax: |
| | Email: jmuir@bakerwotring.com |
| | SBN: 14630477 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Tarrant County | First Name: David |
| First Name: | Middle Name: |
| Middle Name: | Last Name: George |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: BAKER •WOTRING LLP |
| Pro Se: ○ | Address 1: 700 JPMorgan Chase Tower |
| | Address 2: 600 Travis Street |
| | City: Houston |
| | State: Texas    Zip+4: 77002 |
| | Telephone: (713) 980-1700    ext. |
| | Fax: |
| | Email: dgeorge@bakerwotring.com |
| | SBN: 00793212 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Tarrant County | First Name: Brantley |
| First Name: | Middle Name: W. |
| Middle Name: | Last Name: White |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: BRANTLEY W. WHITE, ATTORNEY AT LAW |
| Pro Se: ○ | Address 1: |
| | Address 2: |
| | City: |
| | State: Texas    Zip+4: |
| | Telephone:    ext. |
| | Fax: |
| | Email: BrantleyWWhite@gmail.com |
| | SBN: 00789722 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one)<br><br>Organization Name: Taylor County<br><br>First Name:<br><br>Middle Name:<br><br>Last Name:<br><br>Suffix:<br><br>Pro Se: ◯ | ☒ Lead Attorney<br><br>First Name: James<br><br>Middle Name: B.<br><br>Last Name: Hicks<br><br>Suffix: III.<br><br>Law Firm Name: Taylor County Criminal District Attorney's Office<br><br>Address 1: 300 Oak St., Ste. 300<br><br>Address 2:<br><br>City: Abilene<br><br>State: Texas  Zip+4: 79602<br><br>Telephone:  ext.<br><br>Fax:<br><br>Email: hicksj@taylorcountytexas.org<br><br>SBN: 09577300 |
| **III. Appellee** | **IV. Appellee Attorney(s)** |
| ☐ Person  ☒ Organization (choose one)<br><br>Organization Name: Taylor County<br><br>First Name:<br><br>Middle Name:<br><br>Last Name:<br><br>Suffix:<br><br>Pro Se: ◯ | ☒ Lead Attorney<br><br>First Name: Frank<br><br>Middle Name: R.<br><br>Last Name: Stamey<br><br>Suffix:<br><br>Law Firm Name: Taylor County Criminal District Attorney's Office<br><br>Address 1: 300 Oak St., Ste. 300<br><br>Address 2:<br><br>City: Abilene<br><br>State: Texas  Zip+4: 79602<br><br>Telephone: (325) 674-1261  ext.<br><br>Fax:<br><br>Email: stameyf@taylorcountytexas.org<br><br>SBN: 19023900 |
| **III. Appellee** | **IV. Appellee Attorney(s)** |
| ☐ Person  ☒ Organization (choose one)<br><br>Organization Name: Taylor County<br><br>First Name:<br><br>Middle Name:<br><br>Last Name: | ☐ Lead Attorney<br><br>First Name: Anthony<br><br>Middle Name: F.<br><br>Last Name: Constant<br><br>Suffix: |

| Suffix: | | Law Firm Name: CONSTANT LAW FIRM |
| --- | --- | --- |
| Pro Se: ◯ | | Address 1:    800 N. Shoreline Blvd |
| | | Address 2:    Ste. 2700 South |
| | | City:    Corpus Christi |
| | | State:   Texas     Zip+4:  78401 |
| | | Telephone:    (361) 698-8000   ext. |
| | | Fax:    (361) 887-8010 |
| | | Email:    office@constantlawfirm.com |
| | | SBN:    04711000 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
| --- | --- |
| ☐ Person   ☒Organization (choose one) | ☒   Lead Attorney |
| Organization Name: Victoria County | First Name:    Kevin |
| First Name: | Middle Name:   D. |
| Middle Name: | Last Name:    Cullen |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: CULLEN, CARSNER, SEERDEN & CULLEN LLP |
| Pro Se: ◯ | Address 1:    119 South Main Street |
| | Address 2: |
| | City:    Victoria |
| | State:   Texas     Zip+4:  77901 |
| | Telephone:    (361) 573-6318   ext. |
| | Fax: |
| | Email:    kcullen@cullenlawfirm.com |
| | SBN:    5208625 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
| --- | --- |
| ☐ Person   ☒Organization (choose one) | ☒   Lead Attorney |
| Organization Name: Victoria County | First Name:    Anthony |
| First Name: | Middle Name:   F. |
| Middle Name: | Last Name:    Constant |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: CONSTANT LAW FIRM |
| Pro Se: ◯ | Address 1:    800 N. Shoreline Blvd. |
| | Address 2:    Ste. 2700 South |
| | City:    Corpus Christi |
| | State:   Texas     Zip+4:  78401 |
| | Telephone:    (361) 698-8000   ext. |
| | Fax:    (361) 887-8010 |
| | Email:    office@constantlawfirm.com |
| | SBN:    04711000 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒  Lead Attorney |
| Organization Name: Walker County | First Name:  David |
| First Name: | Middle Name:  P. |
| Middle Name: | Last Name:  Weeks |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Walker County Criminal District Attorney |
| Pro Se:  ◯ | Address 1:  1036 11th Street |
| | Address 2: |
| | City:  Huntsville |
| | State:  Texas    Zip+4:  77340 |
| | Telephone:  (936) 435-2441    ext. |
| | Fax: |
| | Email:  dweeks@co.walker.tx.us |
| | SBN:  21065700 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒  Lead Attorney |
| Organization Name: Walker County | First Name:  Daniel |
| First Name: | Middle Name:  W. |
| Middle Name: | Last Name:  Ray |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: SCOTT, RAY & SULLIVAN, PLLC |
| Pro Se:  ◯ | Address 1:  2608 Stonewall Street |
| | Address 2: |
| | City:  Greenville |
| | State:  Texas    Zip+4:  75403 |
| | Telephone:  (903) 454-0044    ext. |
| | Fax: |
| | Email:  daniel@scottraylaw.com |
| | SBN:  24046685 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐  Lead Attorney |
| Organization Name: Walker County | First Name:  Abigail |
| First Name: | Middle Name:  K. |
| Middle Name: | Last Name:  Sullivan |
| Last Name: | Suffix: |

| | |
|---|---|
| Suffix: | Law Firm Name: SCOTT, RAY & SULLIVAN, PLLC |
| Pro Se: ◯ | Address 1: 2608 Stonewall Street |
| | Address 2: |
| | City: Greenville |
| | State: Texas    Zip+4: 75403 |
| | Telephone: (903) 454-0044   ext. |
| | Fax: |
| | Email: abigail@scottraylaw.com |
| | SBN: 24077300 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person   ☒ Organization (choose one) | ☐   Lead Attorney |
| Organization Name: Walker County | First Name: Katrina |
| First Name: | Middle Name: M. |
| Middle Name: | Last Name: Pemberton |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: SCOTT, RAY & SULLIVAN, PLLC |
| Pro Se: ◯ | Address 1: 2608 Stonewall Street |
| | Address 2: |
| | City: Greenville |
| | State: Texas    Zip+4: 75403 |
| | Telephone: (903) 454-0044   ext. |
| | Fax: |
| | Email: katrina@scottraylaw.com |
| | SBN: 24089357 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person   ☒ Organization (choose one) | ☐   Lead Attorney |
| Organization Name: Walker County | First Name: Markus |
| First Name: | Middle Name: A. |
| Middle Name: | Last Name: Goll |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: SCOTT, RAY & SULLIVAN, PLLC |
| Pro Se: ◯ | Address 1: 2608 Stonewall Street |
| | Address 2: |
| | City: Greenville |
| | State: Texas    Zip+4: 75403 |
| | Telephone: (903) 454-0044   ext. |
| | Fax: |
| | Email: mark@scottraylaw.com |
| | SBN: 24089640 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐  Lead Attorney |
| Organization Name: Webb County | First Name:  Marco |
| First Name: | Middle Name:  A. |
| Middle Name: | Last Name:  Montemayor |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Webb County Attorney |
| Pro Se:  ◯ | Address 1:  1110 Washington Street, Suite 301 |
| | Address 2: |
| | City:  Laredo |
| | State:  Texas      Zip+4:  78040 |
| | Telephone:  (956) 523-4044      ext. |
| | Fax: |
| | Email:  marcmontemayor@webbcountytx.gov |
| | SBN:  24025983 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☐  Lead Attorney |
| Organization Name: Webb County | First Name:  Molly |
| First Name: | Middle Name:  Higgins |
| Middle Name: | Last Name:  Santos |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Webb County Attorney |
| Pro Se:  ◯ | Address 1:  1110 Washington Street, Suite 301 |
| | Address 2: |
| | City:  Laredo |
| | State:  Texas      Zip+4:  78040 |
| | Telephone:  (956) 523-4044      ext. |
| | Fax: |
| | Email:  mhiggins@webbcountytx.gov |
| | SBN:  09599100 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒  Lead Attorney |
| Organization Name: Webb County | First Name:  Jorge |
| First Name: | Middle Name:  L. |
| Middle Name: | Last Name:  Trevino |
| Last Name: | Suffix:  Jr. |

| | |
|---|---|
| Suffix: | Law Firm Name: Webb County Attorney |
| Pro Se: ◯ | Address 1: 1110 Washington Street, Suite 301 |
| | Address 2: |
| | City: Laredo |
| | State: Texas    Zip+4: 78040 |
| | Telephone: (956) 523-4044   ext. |
| | Fax: |
| | Email: jltrevino@webbcountytx.gov |
| | SBN: 24046994 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: Paul |
| First Name: Webb County | Middle Name: C. |
| Middle Name: | Last Name: Saenz |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: THE LAW OFFICE OF PAUL C. SAENZ |
| Pro Se: ◯ | Address 1: 1302 Washington Street |
| | Address 2: |
| | City: Laredo |
| | State: Texas    Zip+4: 78040-444 |
| | Telephone: (956) 723-5520   ext. |
| | Fax: |
| | Email: paul@saenzlaw.net |
| | SBN: 24013441 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☐ Lead Attorney |
| Organization Name: Webb County | First Name: Anthony |
| First Name: | Middle Name: F. |
| Middle Name: | Last Name: Constant |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: CONSTANT LAW FIRM |
| Pro Se: ◯ | Address 1: 800 N. Shoreline Blvd. |
| | Address 2: Ste. 2700 South |
| | City: Corpus Christi |
| | State: Texas    Zip+4: 78401 |
| | Telephone: (361) 698-8000   ext. |
| | Fax: (361) 887-8010 |
| | Email: office@constantlawfirm.com |
| | SBN: 04711000 |

## V. Perfection Of Appeal And Jurisdiction

Nature of Case (Subject matter or type of case): Other

Date order or judgment signed: September 30, 2016      Type of judgment: Interlocutory Order

Date notice of appeal filed in trial court: October 18, 2016

If mailed to the trial court clerk, also give the date mailed: n/a

Interlocutory appeal of appealable order: ☐ Yes ☒ No

If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

Accelerated appeal (See TRAP 28): ☒ Yes ☐ No

If yes, please specify statutory or other basis on which appeal is accelerated:
The appeal is accelerated because it is interlocutory

Parental Termination or Child Protection? (See TRAP 28.4): ☐ Yes ☒ No

Permissive? (See TRAP 28.3): ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Agreed? (See TRAP 28.2): ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule: ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Does this case involve an amount under $100,000? ☐ Yes ☒ No

Judgment or order disposes of all parties and issues: ☐ Yes ☒ No

Appeal from final judgment: ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance? ☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

| | | If yes, date filed: |
|---|---|---|
| Motion for New Trial: | ☐ Yes ☒ No | |
| Motion to Modify Judgment: | ☐ Yes ☒ No | |
| Request for Findings of Fact and Conclusions of Law: | ☐ Yes ☒ No | |
| Motion to Reinstate: | ☐ Yes ☒ No | |
| Motion under TRCP 306a: | ☐ Yes ☒ No | |
| Other: | ☐ Yes ☒ No | |

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of affidavit, and extension motion if filed.)

| | | If yes, date filed: |
|---|---|---|
| Affidavit filed in trial court: | ☐ Yes ☐ No | |
| Contest filed in trial court: | ☐ Yes ☐ No | |

Date ruling on contest due:

Ruling on contest: ☐ Sustained     ☐ Overruled     Date of ruling:

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?     ☐ Yes  ☒ No

If yes, please attach a copy of the petition.

Date bankruptcy filed: [                    ]     Bankruptcy Case Number: [                        ]

## IX. Trial Court And Record

Court:     353rd Judicial District (Pretrial MDLCourt No. 15.088⊞

County: Travis

**Trial Court Docket Number (Cause No.):** D-1-GN-16-000370

Trial Judge (who tried or disposed of case):

First Name:     Tim

Middle Name: [                    ]

Last Name:     Sulak

Suffix: [                ]

Address 1:     353rd Judicial District Court, Travis County

Address 2: [                    ]

City:     Austin

State: Texas          Zip + 4: [                ]

Telephone: [                ]     ext. [          ]

Fax: [                ]

Email: [                    ]

Clerk's Record:

Trial Court Clerk:     ☒ District     ☐ County

Was clerk's record requested?     ☐ Yes     ☒ No

If yes, date requested: [                    ]

If no, date it will be requested: Record will be filed as a sworn⊞

Were payment arrangements made with clerk?

☐ Yes  ☒ No  ☐ Indigent

**(Note: No request required under TRAP 34.5(a),(b))**

Reporter's or Recorder's Record:

Is there a reporter's record?          ☐ Yes  ☒ No

Was reporter's record requested?     ☐ Yes  ☒ No

Was there a reporter's record electronically recorded?  ☐ Yes  ☐ No

If yes, date requested: [                    ]

If no, date it will be requested: [                    ]

Were payment arrangements made with the court reporter/court recorder?  ☒ Yes  ☐ No  ☐ Indigent

☐ Court Reporter ☐ Court Recorder
☐ Official ☐ Substitute


First Name: 

Middle Name: 

Last Name: 

Suffix: 

Address 1: 

Address 2: 

City: 

State: Texas  Zip + 4: 

Telephone:  ext. 

Fax: 

Email: 

## X. Supersedeas Bond

Supersedeas bond filed: ☐ Yes  ☒ No  If yes, date filed: 

Will file: ☐ Yes  ☒ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g. temporary or ancillary relief) from this Court?  ☐ Yes  ☒ No

If yes, briefly state the basis for your request: 

## XII. Alternative Dispute Resolution/Mediation (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, 11th, 12th, 13th, or 14th Court of Appeal)

Should this appeal be referred to mediation?  ☐ Yes ☐ No

If no, please specify: 

Has the case been through an ADR procedure?  ☐ Yes ☐ No

If yes, who was the mediator? 

What type of ADR procedure? 

At what stage did the case go through ADR?  ☐ Pre-Trial  ☐ Post-Trial  ☐ Other

If other, please specify: 

Type of case? 

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):



How was the case disposed of? 

Summary of relief granted, including amount of money judgment, and if any, damages awarded. 

If money judgment, what was the amount?  Actual damages: 

Punitive (or similar) damages:

Attorney's fees (trial): _____

Attorney's fees (appellate): _____

Other: _____

If other, please specify: _____

Will you challenge this Court's jurisdiction? ☐ Yes ☐ No

Does judgment have language that one or more parties "take nothing"? ☐ Yes ☐ No

Does judgment have a Mother Hubbard clause? ☐ Yes ☐ No

Other basis for finality? _____

Rate the complexity of the case (use 1 for least and 5 for most complex): ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5

Please make my answer to the preceding questions known to other parties in this case. ☐ Yes ☐ No

Can the parties agree on an appellate mediator? ☐ Yes ☐ No

If yes, please give name, address, telephone, fax and email address:

| Name | Address | Telephone | Fax | Email |
|------|---------|-----------|-----|-------|
|      |         |           |     |       |

Languages other than English in which the mediator should be proficient: _____

Name of person filing out mediation section of docketing statement: _____

## XIII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 03-16-00673-CV                     Trial Court: Travis County District Court

Style:    The State of Texas

Vs.    Bexar County, et al.

## XIV. Pro Bono Program: (Complete section if filing in the 1st, 3rd, 5th, or 14th Courts of Appeals)

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?  ☐ Yes ☒ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?  ☐ Yes ☒ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed an affidavit of Indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?  ☒ Yes ☐ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☐ Yes ☒ No

If yes, please attach an Affidavit of Indigency completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of an affidavit under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

## XV. Signature

_____
Signature of counsel (or pro se party)                           Date:          October 28, 2016

Printed Name: Kristofer S. Monson                            State Bar No.:   24037129

Electronic Signature: /s/ Kristofer S. Monson
    (Optional)

## XVI.  Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  October 28, 2016  .

_____

Signature of counsel (or pro se party)

Electronic Signature: /s/ Kristofer S. Monson

(Optional)

State Bar No.:  24037129

Person Served

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

        (1) the date and manner of service;

        (2) the name and address of each person served, and

        (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served:  October 28, 2016

Manner Served: eServed

First Name:  Nicholas

Middle Name:

Last Name:  LaHood

Suffix:

Law Firm Name: Bexar County Criminal District Attorney

Address 1:  Paul Elizondo Tower

Address 2:  101 W. Nueva, 4th Floor

City:  San Antonio

State  Texas  Zip+4:  78205

Telephone:  (210) 335-2342  ext.

Fax:

Email:  n.lahood@bexar.org

If Attorney, Representing Party's Name: Bexar County

Please enter the following for each person served:

Date Served: October 28, 2016

Manner Served: eServed

First Name: Robert

Middle Name: C.

Last Name: Hilliard

Suffix:

Law Firm Name: HILLIARD, MUÑOZ & GONZALES, L.L.P.

Address 1: 719 S. Shoreline, Suite 500

Address 2:

City: Corpus Christi

State Texas          Zip+4: 78411

Telephone: (361) 882-1612    ext.

Fax:

Email: bobh@hmglawfirm.com

If Attorney, Representing Party's Name: Bexar County, Nueces County

Please enter the following for each person served:

---

Date Served: October 28, 2016

Manner Served: eServed

First Name: Rodney

Middle Name: W.

Last Name: Anderson

Suffix:

Law Firm Name: Brazos County Attorney's Office

Address 1: 300 East 26th Street, Suite 1300

Address 2:

City: Bryan

State Texas          Zip+4: 77803

Telephone: (979) 361-4300    ext.

Fax:

Email: randerson@brazoscountytx.gov

If Attorney, Representing Party's Name: Brazos County

Please enter the following for each person served:

Date Served: October 28, 2016

Manner Served: eServed

First Name: William

Middle Name: D.

Last Name: Ballard

Suffix: Jr.

Law Firm Name: Brazos County Attorney's Office

Address 1: 300 East 26th Street, Suite 1300

Address 2:

City: Bryan

State Texas                    Zip+4: 77803

Telephone: (979) 361-4300     ext.

Fax:

Email: wballard@brazoscountytx.gov

If Attorney, Representing Party's Name: Brazos County

Please enter the following for each person served:

---

Date Served: October 28, 2016

Manner Served: eServed

First Name: Russell

Middle Name:

Last Name: Roden

Suffix:

Law Firm Name: Dallas County District Attorney's Office

Address 1: 411 Elm Street, Suite 500

Address 2:

City: Dallas

State Texas                    Zip+4: 75202-338

Telephone: (214) 653-7358     ext.

Fax:

Email: Russell.Roden@dallascounty.org

If Attorney, Representing Party's Name: Dallas County

Please enter the following for each person served:

Date Served: October 28, 2016

Manner Served: eServed

First Name: Andrew

Middle Name: B.

Last Name: Sommerman

Suffix:

Law Firm Name: SOMMERMAN, MCCAFFITY & QUESADA

Address 1: 3811 Turtle Creek Blvd., Suite 1400

Address 2:

City: Dallas

State Texas        Zip+4: 75219-449

Telephone: (214) 720-0720     ext.

Fax:

Email: andrew@textrial.com

If Attorney, Representing Party's Name: Dallas County

Please enter the following for each person served:

---

Date Served: October 28, 2016

Manner Served: eServed

First Name: Paul

Middle Name:

Last Name: Johnson

Suffix:

Law Firm Name: Denton County District Attorney

Address 1: 1450 E. McKinney Suite 3100

Address 2:

City: Denton

State Texas        Zip+4: 76209

Telephone: (940) 349-2600     ext.

Fax:

Email: paul.johnson@dentoncounty.com

If Attorney, Representing Party's Name: Denton County

Please enter the following for each person served:

Date Served: October 28, 2016

Manner Served: eServed

First Name: Daniel

Middle Name: W.

Last Name: Ray

Suffix:

Law Firm Name: SCOTT, RAY & SULLIVAN, PLLC

Address 1: 2608 Stonewall Street

Address 2:

City: Greenville

State Texas     Zip+4: 75403

Telephone: (903) 454-0044   ext.

Fax:

Email: mark@scottraylaw.com

If Attorney, Representing Party's Name: Ector County, Hunt County, Walker County

Please enter the following for each person served:

Date Served: October 28, 2016

Manner Served: eServed

First Name: Jo Anne

Middle Name:

Last Name: Bernal

Suffix:

Law Firm Name: El Paso County Attorney

Address 1: 500 East San Antonio, Room 503

Address 2:

City: El Paso

State Texas     Zip+4: 79901

Telephone: (915) 546-2050   ext.

Fax:

Email: Joanne.bernal@epcounty.com

If Attorney, Representing Party's Name: El Paso County

Please enter the following for each person served:

Date Served: October 28, 2016

Manner Served: eServed

First Name: Benny

Middle Name:

Last Name: Agosto

Suffix:

Law Firm Name: ABRAHAM, WATKINS, NICHOLS,  SORREL

Address 1: 800 Commerce Street

Address 2:

City: Houston

State Texas    Zip+4: 77002

Telephone: (713) 222-7211    ext.

Fax:

Email: bagosto@abrahamwatkins.com

If Attorney, Representing Party's Name: El Paso County, Tarrant County

Please enter the following for each person served:

---

Date Served: October 28, 2016

Manner Served: eServed

First Name: Carmen

Middle Name: I.

Last Name: Perez

Suffix:

Law Firm Name: DELGADO, ACOSTA, SPENCER, LINEBARG

Address 1: 221 North Kansas St. Suite 1400

Address 2:

City: El Paso

State Texas    Zip+4: 79901

Telephone: (915) 533-6637    ext.

Fax:

Email: CarmenP@lgbs.com

If Attorney, Representing Party's Name: El Paso County

Please enter the following for each person served:

Date Served: October 28, 2016

Manner Served: eServed

First Name: Gregory

Middle Name: F.

Last Name: Cox

Suffix:

Law Firm Name: MOSTYN LAW

Address 1: 6280 Delaware Street

Address 2:

City: Beaumont

State Texas     Zip+4: 77706

Telephone: (409) 832-2777    ext.

Fax:

Email: gfcox@mostynlaw.com

If Attorney, Representing Party's Name: Hidalgo County

Please enter the following for each person served:

---

Date Served: October 28, 2016

Manner Served: eServed

First Name: Kathleen

Middle Name:

Last Name: Kennedy

Suffix:

Law Firm Name: Jefferson County Criminal District Attorney's

Address 1: 1085 Pear St., 3rd Floor

Address 2:

City: Beaumont

State Texas     Zip+4: 77701

Telephone: (409) 835-8577    ext.

Fax:

Email: kkennedy@co.jefferson.tx.us

If Attorney, Representing Party's Name: Jefferson County

Please enter the following for each person served:

Date Served: October 28, 2016

Manner Served: eServed

First Name: Anthony

Middle Name: F.

Last Name: Constant

Suffix:

Law Firm Name: CONSTANT LAW FIRM

Address 1: 800 N. Shoreline Blvd., Ste. 2700 South

Address 2:

City: Corpus Christi

State Texas     Zip+4: 78401

Telephone: (361) 698-8000   ext.

Fax:

Email: office@constantlawfirm.com

If Attorney, Representing Party's Name: Jefferson County, Victoria County

Please enter the following for each person served:

---

Date Served: October 28, 2016

Manner Served: eServed

First Name: Morgan

Middle Name: D.

Last Name: Vaughan

Suffix:

Law Firm Name: Lubbock County Criminal District Attorney's

Address 1: 916 Main St., Ste. 301

Address 2:

City: Lubbock

State Texas     Zip+4: 79401

Telephone:   ext.

Fax: (806) 775-1112

Email: mvaughan@lubbockcda.com

If Attorney, Representing Party's Name: Lubbock County

Please enter the following for each person served:

Date Served: October 28, 2016

Manner Served: eServed

First Name: J D

Middle Name:

Last Name: Lambright

Suffix:

Law Firm Name: Montgomery County Attorney

Address 1: 501 North Thompson, Suite 300

Address 2:

City: Conroe

State Texas     Zip+4: 77301

Telephone: (936) 539-7828    ext.

Fax:

Email: jd.lambright@mctx.org

If Attorney, Representing Party's Name: Montgomery County

Please enter the following for each person served:

---

Date Served: October 28, 2016

Manner Served: eServed

First Name: Mike

Middle Name:

Last Name: Stafford

Suffix:

Law Firm Name: GARDERE WYNNE SEWELL L.L.P.

Address 1: 1000 Louisiana Street, Suite 2000

Address 2:

City: Houston

State Texas     Zip+4: 77002

Telephone: (713) 276-5500    ext.

Fax:

Email: mstafford@gardere.com

If Attorney, Representing Party's Name: Montgomery County

Please enter the following for each person served:

Date Served: October 28, 2016

Manner Served: eServed

First Name: Laura

Middle Name: Garza

Last Name: Jimenez

Suffix:

Law Firm Name: Nueces County Attorney

Address 1: 901 Leopard Street, Room 207

Address 2:

City: Corpus Christi

State Texas     Zip+4:

Telephone: (361) 888-0391   ext.

Fax:

Email: Laura.jimenez@nuecesco.com

If Attorney, Representing Party's Name: Nueces County

Please enter the following for each person served:

---

Date Served: October 28, 2016

Manner Served: eServed

First Name: John

Middle Name:

Last Name: Forrest

Suffix:

Law Firm Name: Parker County Attorney

Address 1: 118 W. Columbia St.

Address 2:

City: Weatherford

State Texas     Zip+4:

Telephone: (817) 594-8409   ext.

Fax:

Email: John.forrest@parkercountytx.com

If Attorney, Representing Party's Name: Parker County

Please enter the following for each person served:

Date Served: October 28, 2016

Manner Served: eServed

First Name: Vince

Middle Name:

Last Name: Cruz

Suffix: Jr.

Law Firm Name: Tarrant County Criminal District Attorney

Address 1: 401 West Belknap Street

Address 2:

City: Fort Worth

State Texas    Zip+4: 76196

Telephone: (817) 884-2423    ext.

Fax:

Email: vcruz@tarrantcountytx.gov

If Attorney, Representing Party's Name: Tarrant County

Please enter the following for each person served:

---

Date Served: October 28, 2016

Manner Served: eServed

First Name: Richard

Middle Name:

Last Name: Mithoff

Suffix:

Law Firm Name: MITHOFF LAW

Address 1: One Allen Center, Penthouse

Address 2: 500 Dallas Street

City: Houston

State Texas    Zip+4:

Telephone: (713) 654-1122    ext.

Fax:

Email: rmithoff@mithofflaw.com

If Attorney, Representing Party's Name: Tarrant County

Please enter the following for each person served:

Date Served: October 28, 2016

Manner Served: eServed

First Name: Earnest

Middle Name: W.

Last Name: Wotring

Suffix:

Law Firm Name: BAKER •WOTRING LLP

Address 1: 700 JPMorgan Chase Tower

Address 2: 600 Travis Street

City: Houston

State Texas          Zip+4: 77002

Telephone:          ext.

Fax: (713) 980-1700

Email: ewotring@bakerwotring.com

If Attorney, Representing Party's Name: Tarrant County

Please enter the following for each person served:

---

Date Served: October 28, 2016

Manner Served: eServed

First Name: Brantley

Middle Name: W.

Last Name: White

Suffix:

Law Firm Name:

Address 1: 700 JPMorgan Chase Tower

Address 2: 600 Travis Street

City: Houston

State Texas          Zip+4: 77002

Telephone: (361) 793-9600     ext.

Fax:

Email: BrantleyWWhite@gmail.com

If Attorney, Representing Party's Name: Tarrant County

Please enter the following for each person served:

Date Served:

Manner Served: eServed

First Name:

Middle Name:

Last Name:

Suffix: III.

Law Firm Name:

Address 1:

Address 2:

City:

State    Texas      Zip+4:

Telephone:       ext.

Fax:

Email:

If Attorney, Representing Party's Name:

Please enter the following for each person served:

---

Date Served:    October 28, 2016

Manner Served: eServed

First Name:    Frank

Middle Name:    R.

Last Name:    Stamey

Suffix:

Law Firm Name: Taylor County Criminal District Attorney's Off

Address 1:    300 Oak St., Ste. 300

Address 2:

City:    Abilene

State    Texas      Zip+4:    79602

Telephone:    (325) 674-1261    ext.

Fax:

Email:    stameyf@taylorcountytexas.org

If Attorney, Representing Party's Name: Taylor County

Please enter the following for each person served:

Date Served: October 28, 2016

Manner Served: eServed

First Name: Kevin

Middle Name: D.

Last Name: Cullen

Suffix:

Law Firm Name: CULLEN, CARSNER, SEERDEN & CULLEN

Address 1: 119 South Main Street

Address 2:

City: Victoria

State Texas          Zip+4: 77901

Telephone: (361) 573-6318     ext.

Fax:

Email: kcullen@cullenlawfirm.com

If Attorney, Representing Party's Name: Victoria County

Please enter the following for each person served:

---

Date Served: October 28, 2016

Manner Served: eServed

First Name: David

Middle Name: P.

Last Name: Weeks

Suffix:

Law Firm Name: Walker County Criminal District Attorney

Address 1: 1036 11th Street

Address 2:

City: Huntsville

State Texas          Zip+4: 77340

Telephone: (936) 435-2441     ext.

Fax:

Email: dweeks@co.walker.tx.us

If Attorney, Representing Party's Name: Walker County

Please enter the following for each person served:

Date Served: October 28, 2016

Manner Served: eServed

First Name: Jorge

Middle Name: L.

Last Name: Trevino

Suffix: Jr.

Law Firm Name: Webb County Attorney

Address 1: 1110 Washington Street, Suite 301

Address 2:

City: Laredo

State Texas                Zip+4: 78040

Telephone: (956) 523-4044        ext.

Fax:

Email: jltrevino@webbcountytx.gov

If Attorney, Representing Party's Name: Webb County

Please enter the following for each person served:

---

Date Served:

Manner Served: eServed

First Name:

Middle Name:

Last Name:

Suffix:

Law Firm Name:

Address 1:

Address 2:

City:

State Arizona                Zip+4:

Telephone:        ext.

Fax:

Email:

If Attorney, Representing Party's Name:

Please enter the following for each person served:

Date Served: October 28, 2016

Manner Served: eServed

First Name: Brett

Middle Name:

Last Name: Solberg

Suffix:

Law Firm Name: DLA PIPER LLP

Address 1: 1000 Louisiana Street, Suite 2800

Address 2:

City: Houston

State Texas          Zip+4: 77002

Telephone: (713) 425-8400     ext.

Fax:

Email: brett.solberg@dlapiper.com

If Attorney, Representing Party's Name: Dr. Ing. H.C.F. Porsche AG

Please enter the following for each person served:

---

Date Served: October 28, 2016

Manner Served: eServed

First Name: Matt

Middle Name:

Last Name: Dow

Suffix:

Law Firm Name: JACKSON WALKER

Address 1: 100 Congress Avenue, Suite 1100

Address 2:

City: Austin

State Texas          Zip+4: 78701

Telephone: (512) 236-2230     ext.

Fax:

Email: mdow@jw.com

If Attorney, Representing Party's Name: Robert Bosch LLC, Robert Bosch GMBH

Please enter the following for each person served:

Date Served: October 28, 2016

Manner Served: eServed

First Name: C.

Middle Name: Vernon

Last Name: Hartline

Suffix: Jr.

Law Firm Name: HARTLINE DACUS BARGER DREYER LLP

Address 1: 8750 N. Central Expressway, Suite 1600

Address 2:

City: Dallas

State Texas Zip+4: 75231

Telephone: (214) 369-2100 ext.

Fax:

Email: vhartline@hdbdlaw.com

If Attorney, Representing Party's Name: VOLKSWAGEN GROUP OF AMERICA, IN

Please enter the following for each person served:

---

Date Served: October 28, 2016

Manner Served: eServed

First Name: Darren

Middle Name: L.

Last Name: McCarty

Suffix:

Law Firm Name: ALSTON & BIRD LLP

Address 1: 2828 North Harwood St., Ste. 1800

Address 2:

City: Dallas

State Texas Zip+4: 75201

Telephone: (214) 922-3414 ext.

Fax:

Email: Darren.mcarty@alston.com

If Attorney, Representing Party's Name: Porsche Cars North America Inc.

Please enter the following for each person served:

| | |
|---|---|
| Date Served: | October 28, 2016 |
| Manner Served: | eServed |
| First Name: | Craig |
| Middle Name: | M. |
| Last Name: | Patrick |
| Suffix: | |
| Law Firm Name: | Patrick Law Firm, P.C. |
| Address 1: | 6244 E. Lovers Lane |
| Address 2: | |
| City: | Dallas |
| State | Texas |
| Zip+4: | |
| Telephone: | 214-390-3343 ext. |
| Fax: | 469-914-6565 |
| Email: | craigpatrick@att.net |
| If Attorney, Representing Party's Name: | |

# EXHIBIT B

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

---

In Re Volkswagen Clean Diesel Litigation: Texas Clean
Air Act Enforcement Cases

---

On Appeal from the
353rd Judicial District Court, Travis County

---

## MOTION TO STRIKE

---

To The Honorable Third Court of Appeals:

While reserving the right to file a substantive response if one is requested, the State moves to strike Volkswagen's motion regarding the application of the automatic stay under §51.014(b) of the Civil Practice and Remedies Code to cause numbers that have not been appealed and, therefore, are not within this Court's appellate jurisdiction. Volkswagen's motion (which cites only one, irrelevant, rule of appellate procedure) was filed in the wrong proceeding and seeks relief outside the scope of the Court's appellate jurisdiction. The Court should strike it and require Volkswagen to file an original proceeding seeking relief in the cases where no interlocutory appeal has been filed.

## Summary

The motion should be struck. Volkswagen itself recognizes that "Mandamus relief is the appropriate remedy when a trial court refuses to recognize or enforce the

automatic stay provided by section 51.014(b)." Volkswagen Stay Mtn. at 13 n.43. Yet Volkswagen has not pleaded the elements of mandamus, nor has it complied with the original-proceeding rules. Accordingly, this filing should be struck as a non-compliant mandamus filing. Tex. R. App. P. 52.

Taking the filing as an attempt to invoke the Court's appellate, as opposed to original, jurisdiction, it must still be struck. (1) Volkswagen is not a party to the 18 interlocutory appeals currently before the Court, which means it is not in a position to invoke the Court's interlocutory appellate jurisdiction and is thus unable to invoke Rule 29.3's exception to the original-proceeding requirements. And (2) the relief Volkswagen seeks—a stay in the three causes initiated by the State of Texas, Fort Bend County, and Harris County—would not be available under Rule 29.3 even if Volkswagen were a party to any matter currently on appeal, because it would require an act outside the Court's appellate jurisdiction.

## ARGUMENT

### I.

Volkswagen includes the following sentence in its filing: "Mandamus relief is the appropriate remedy when a trial court refuses to recognize or enforce the automatic stay provided by section 51.014(b)." Volkswagen Stay Mtn. 13 n.43 (citing *Swanson v. Town of Shady Shores*, No. 02-15-00351-CV, 2016 WL 4395779, at *4 (Tex. App.—Fort Worth 2016, no pet. h.) (orig. proceeding) (denying mandamus relief),[1] and *In re Tex. Educ. Agency* 441 S.W.3d 747, 750 (Tex. App.—Austin 2014)

---

[1] The *Swanson* court issued a temporary stay order, but in a very different procedural posture that implicated appellate jurisdiction. Because of procedural defects in the notice-of-appeal filings, the

2

(orig. proceeding) (granting mandamus relief). Indeed, as explained below, every case on which Volkswagen relies involves original-jurisdiction proceedings. Volkswagen's statement is correct (although in some cases a writ of prohibition would be a proper alternative to a writ of mandamus): To bring a complaint about § 51.014(b), a party should file an original proceeding.

The current filing does not meet Rule 52's procedural requirements for invoking original jurisdiction. *See* Tex. R. App. P. 52. And it cannot be construed as an attempt to bring a mandamus parallel to an already-perfected appeal because (1) Volkswagen has not filed a notice of appeal and (2) the motion does not attempt to articulate the substantive elements for mandamus or prohibition relief. *See, e.g.*, *In re Turner*, No. 03-16-00367-CV, 2016 WL 4272121, at *1 (Tex. App.—Austin Aug. 9, 2016) (orig. proceeding) (mandamus petition must establish a clear abuse of discretion and absence of an adequate remedy by appeal). Because the procedural and substantive statements in the filing are insufficient to support the relief described in the motion, the motion should be struck as an improperly filed original proceeding.

## II.

In the alternative, if this filing is understood as an attempt to invoke the Court's appellate jurisdiction to impose temporary orders, it should likewise be struck as defective. Volkswagen's motion fundamentally misunderstands two concepts: (1)

---

Court had *sua sponte* issued a letter asking Swanson to establish appellate jurisdiction. The temporary stay lasted until resolution of the jurisdictional question. *See id.* at *3. As explained below, an appellate court's powers to issue a stay are broader when appellate jurisdiction over the cause being appealed is at issue. *See infra*, Part II.A. Swanson is not styled using the mandamus convention because the court of appeals consolidated a separately-filed mandamus petition with an interlocutory appeal. *Id.* at *2.

3

the nature of an MDL proceeding and (2) the scope of appellate jurisdiction. Under the Rules of Judicial Administration, cases gathered into an MDL are not consolidated, but remain in their various cause numbers. While the MDL court's coordinating orders apply to all the cases in the MDL, any case-specific orders are entered in each separate case.

Appellate jurisdiction attaches only to the parties to an interlocutory order. TEX. R. APP. P. 25.1(b). Because Volkswagen was not a party to the pleas to the jurisdiction on appeal in the various unconsolidated cause numbers in this case, has not filed an appeal, and this appeal is not an appeal from the MDL proceeding as a whole, Volkswagen is not a party to the appeals currently before the Court. And while there are original remedies available to parties seeking relief in cases to which the Court's appellate jurisdiction has not yet attached, Volkswagen has made no attempt to invoke those procedures.

Accordingly, because it was filed in a proceeding to which Volkswagen is not a party and seeks relief beyond the scope of the Court's appellate jurisdiction, the motion should be struck.

## A.

**1.** A multi-district-litigation court accepts transfer of multiple cases involving one or more common questions of fact for resolution of pre-trial motions, but not for trial. TEX. GOV'T CODE § 74.162; *see* TEX. R. JUDIC. ADMIN. 13.5. The MDL pretrial court has authority to decide, in place of the trial court, all pretrial matters. TEX. R. JUDIC. ADMIN. 13.6(b). The cases are not consolidated by being removed. *See* TEX. R. JUDIC. ADMIN. 13.6(c) (requiring separate files under a

4

single master MDL number, keeping each transferred case administratively separate). This only makes sense, because each is subject to remand to the original trial court. *See* TEX. R. JUDIC. ADMIN. 13.7. Accordingly, in this case, the denials of the pleas to the jurisdiction were made in the cause number for each of the 18 separate cases,[2] rather than in the MDL cause number. And the notice of appeal is filed in only those 18 separate cases, not from the entire Clean-Air-Act MDL proceeding.

**2.** The Court's appellate jurisdiction is triggered by a notice of appeal in a particular case, which must arise from a judgment or an appealable interlocutory order, which must be filed by any party that seeks to alter the judgment or order. TEX. R. APP. P. 25.1(a), (c). (Volkswagen has not filed a notice of appeal).

Jurisdiction is limited to parties to the judgment or interlocutory order being appealed; the rule treats parties to the cause who are not party to the appeal as a separate category. TEX. R. APP. P. 25.1(b) ("The filing of a notice of appeal by any party *invokes the appellate court's jurisdiction over all parties to the* trial court's judgment or *order appealed from*." (emphases added)). Thus, when an interlocutory

---

[2] Volkswagen misstates the record when it states that the appeal is from *19* pleadings and when it suggests that the State exempted only two counties from the scope of the pleas to the jurisdiction. *See* Volkswagen Stay Mtn. at 5 ¶ 1. In fact, only 18 pleas to the jurisdiction were filed in the 18 relevant cause numbers, which resulted in an omnibus denial order entered separately in all of the various cause numbers. The State filed a motion to strike Travis County in the State's own-filed lawsuit, but not a plea to the jurisdiction. Motions to strike an intervention must generally be appealed with the final judgment. *Save our Springs Alliance, Inc. v. City of Kyle*, No. , 2011 WL 4389929, at *1 (Tex. App.—Austin 2011) (order) (mem. op.). Thus, the State is not appealing the motion to strike Travis County in this interlocutory appeal. Indeed, a main argument undergirding the State's request for a permissive interlocutory appeal was that it would allow the Court to resolve the Travis County issue (which relies on slightly different statutory language) at the same time it resolves the other appellate issues.

appeal involves only some, but not all, parties to an underlying lawsuit, litigants who are not parties to the order being appealed are not parties to the interlocutory appeal. *See* Tᴇx. R. Aᴘᴘ. P. 25.1(d) (distinguishing between parties to the appeal and parties to the trial court proceeding in an interlocutory appeal).

* * *

To sum up, only a party to an interlocutory order is a party to the interlocutory appeal of that order. And nothing in the rules suggests that a party in a separate cause of action over which the court's appellate jurisdiction has not yet attached is entitled to petition the Court for relief.

**B.**

Volkswagen is not a party to the pleas to the jurisdiction that form the basis of this appeal, because it was not a party to the denial of the 18 pleas to the jurisdiction on appeal. The pleas to the jurisdiction were not filed against Volkswagen, and its interest in the lawsuit would not be changed by the dismissal of some of the county plaintiffs. *E.g.*, CR.494-520 (verified plea, motion to dismiss, and motion to debate, seeking relief only against Denton County).[3] Accordingly, by operation of Rule 25.1(b), Volkswagen is not a party to these appeals. This is necessarily true as a practical as well as a procedural matter, because the Texas Clean Air Act measures penalties by the total number of proven violations established at trial. *See* Tᴇx.

---

[3] All of the State's combined motions are limited to seeking relief against the particular county in the lawsuit of which they were filed. *See* CR.216-7 (prayer for relief against Bexar County); CR.374-375 (same for Brazos County); CR.431-32 (Dallas County); CR.575 (Ector County); CR.628-29 (El Paso County); CR.846-47 (Hidalgo County); CR.938 (Hunt County); CR.994-95 (Jefferson County);

6

Water Code § 7.102 (setting penalty at an amount measured per violation, per day). Volkswagen's potential liability is not changed by the number of plaintiffs in the lawsuit, as the Court recognized in denying the motion for permissive interlocutory appeal. *In re Volkswagen Clean Diesel Litigation*, No. 03-16-00673-CV, 2016 WL 6575241, at *2 (Tex. App.—Austin Nov. 4, 2016) (orig. proceeding).

Even if Volkswagen could be a party to this interlocutory appeal, it has not filed a notice of appeal within the deadline for doing so, and is at best in the situation of a potential appellant who has failed to timely invoke the Court's appellate jurisdiction. Tex. R. App. P. 25.1(a); *see Bahar v. Lyon Financial Servs., Inc.*, 330 S.W.3d 379, 387 (Tex. App.—Austin 2010, pet. denied) (failure to file appeal deprives court of appellate jurisdiction); *see also Wagner & Brown, Ltd. v. Horwood*, 58 S.W.3d 732, 737 (Tex. 2001).

Not only is Volkswagen not a party to the appeal, but Volkswagen seeks a remedy outside the scope of the Court's appellate jurisdiction in *this* appeal: It seeks a stay in *other* causes for which no notice of appeal has been filed. Because the Court's appellate jurisdiction has not been invoked in those causes, its appellate jurisdiction does not extend to issuing stays in those causes. Tex. R. App. P. 25.1(b).

While Volkswagen is a party to the underlying *proceedings*, as contemplated by Rule 25.1(d), it cannot avail itself of the only rule that would allow the Court to impose a stay during appeal, Rule 29.3,[4] because that rule applies only to parties to

---

[4] In interlocutory proceedings, there is a rule-based grant of authority to issue temporary orders pending appeal when the same relief could not have been obtained through supersedeas. *See* Tex. R. App. P. 29.2, .3. By its plain text, this grant is limited to orders regarding the parties' rights. *Id.* 29.3 (temporary orders "preserve the parties rights"). Some courts of appeals have held that,

7

the appeal. Because Volkswagen is not a party to this appeal—both because it is not a party to the order and because it has not filed a notice of appeal—and seeks relief in causes that are not yet subject to the Court's appellate jurisdiction, its attempt to invoke that appellate jurisdiction should be struck as improper.[5]

---

because the rules of appellate procedure cannot enlarge the courts' jurisdiction beyond that provided by the constitution, Rule 29.3 (like its predecessor) merely allows a party to an interlocutory appeal to seek temporary relief without invoking the court's original jurisdiction. *E.g.*, *Lamar Builders, Inc. v. Guardian Sav. & Loan Ass'n*, 786 S.W.2d 789, 791 (Tex. App.—Houston [1st Dist.] 1990, no writ) (interpreting predecessor rule). Others have suggested that the reference to the "rights" of the parties substantively expands the scope of the courts' powers on interlocutory appeal. *E.g.*, *Oryon Technologies, Inc. v. Marcus*, 429 S.W.3d 762, 766 (Tex. App.—Dallas 2014, no pet.) (distinguishing *Falcon v. Bonanza Capital, Ltd.*, No. 03-12-00132-CV, 2012 WL 1655809, at *1 (Tex. App.—Austin 2012) (per curiam)). Regardless of whether the appellate-jurisdiction standard or the "rights of the parties" standard applies, no court disagrees that Rule 29.3 is a grant of authority to issue relief *to the parties to an appeal* that would *otherwise* require the filing of an original proceeding. Accordingly, if Volkswagen is not a party, it cannot invoke Rule 29.3 and obtain relaxation of the requirements of an original-proceeding filing.

Nor could Volkswagen necessarily frame a minimally valid Rule 29.3 claim based on its procedural arguments about a pending lawsuit. Even an expansive reading of Rule 29.3 requires the movant to make a clear showing that a "right" is involved. *Oryon Technologies*, 429 S.W.3d at 766. And the Rule 29.3 power is limited to the protection of rights that have at least some legal basis to be currently enforced and do not depend on the trial court's disposition of the claims before it. *E.g.*, *Castleman v. Internet Money, Ltd.*, No. 07-16-00320-CV, 2016 WL 7187460, at *2 (Tex. App.—Amarillo Dec. 9, 2016, no pet. h.) (mem. op.) (per curiam); *see Mote Resources*, 618 S.W.2d at 879. Volkswagen's motion states only that the stay is automatic and cites precedent indicating that, under some facts, it would be appropriate to issue mandamus relief against a district court judge that fails to respect the stay in a particular proceeding. *See* Volkswagen Stay Mtn. at 4 (discussing *In re I-10 Colony*, No. , 2014 WL 7914874, at *2-*8 (Tex. App.—Houston [1st Dist.]) (orig. proceeding) (mem. op.)). Volkswagen does not attempt to make the requisite showing that its currently-enforceable rights have been violated. Cf. *Enervest Operating, LLC v. Molett*, No. 03-11-00823-CV, 2012 WL 1647991, at *1 (Tex. App.—Austin 2012, no pet.) (mem. op.) (granting stay of trial during interlocutory appeal asserting right to arbitration). Because Volkswagen seeks only to enforce a procedural mechanism that does not apply to the cause numbers about which it complains, it has not described a separate substantive "right" that preexists the litigation, and could not invoke Rule 29.3 in any event.

[5] Nor could Volkswagen properly request injunction or prohibition relief under the Court's reservoir of original power to protect its own jurisdiction. *Madison v. Martinez*, 42 S.W.2d 84, 86 (Tex. App.—Dallas 1931, writ ref'd). A claim for injunction or prohibition must be tied to the Court's potential loss of jurisdiction. Id. As the case now stands, even a final resolution of the claims in the

# III.

In conclusion, Volkswagen has filed a request for relief that cannot be granted in the exercise of interlocutory appellate jurisdiction over the cause numbers currently under appeal. Indeed, Volkswagen expressly recognizes that it was required to file a petition for writ of mandamus, rather than the motion it has filed. Volkswagen Stay Mtn. at 13 n.43. Volkswagen should have brought an original proceeding, either a writ mandamus (as its own filing suggests) or a writ of prohibition. The current filing should be struck as an improper original-proceeding filing.

And Volkswagen cannot invoke Rule 29.3's exception to the requirement that stays be issued under the Court's writ power, both because it is not a party to the current interlocutory appeals and because it seeks relief in cases in which no notice of appeal has been filed. Its motion, viewed as an attempt to seek a stay order in the exercise of the Court's interlocutory appellate jurisdiction, should be struck.

## Conclusion and Prayer

The Court should strike Volkswagen's improperly filed motion without prejudice to its filing a motion that properly invokes the Court's appellate or original jurisdiction.

---

three cases that remain in trial court would not deprived the Court of jurisdiction to determine whether the 18 later-filing counties were entitled to bring tagalong lawsuits to the State's already-filed environmental enforcement action.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

SCOTT A. KELLER
Solicitor General

PATRICK K. SWEETEN
Senior Counsel for Civil Litigation
State Bar No. 00798537
*patrick.sweeten@oag.texas.gov*

/s/ Kristofer S. Monson
KRISTOFER S. MONSON
Assistant Solicitor General
State Bar No. 24037129
*kristofer.monson@oag.texas.gov*

Counsel for Appellants

## CERTIFICATE OF CONFERENCE

On December 29 and 30th, 2016, counsel for the State conferred with counsel for Volkswagen by electronic mail. Volkswagen opposes this motion.

/s/ Kristofer S. Monson
KRISTOFER S. MONSON

10

# CERTIFICATE OF SERVICE

On December 30, 2016, this document was served electronically on:

Kristofer S. Monson
*kristofer.monson@texasattorneygeneral.gov*
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Patrick K. Sweeten
*patrick.sweeten@texasattorneygeneral.gov*
Office of the Solicitor General
P.O. Box 12548 (MC 001)
Austin, TX 78711-2548

Craig Patrick
*craigpatrick@att.net*
Patrick Law Firm P.C.
6244 E. Lovers Lane
Dallas, Texas 75214

Nicholas LaHood
*n.lahood@bexar.org*
Paul Elizondo Tower
101 W. Nueva, 4th Floor
San Antonio, Texas 78205

Robert C. Hilliard
*bobh@hmglawfirm.com*
Hilliard, Muñoz & Gonzales, L.L.P.
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78411

Paul Johnson
*paul.johnson@dentoncounty.com*
*Denton County District Attorney's Office*
1450 E. McKinney Suite 3100

Rodney W. "Rod" Anderson
*randerson@brazoscountytx.gov*
Brazos County Attorney's Office
300 East 26th Street, Suite 1300
Bryan, Texas 77803

William D. "Bill" Ballard, Jr.
*wballard@brazoscountytx.gov*
Brazos County Attorney's Office
300 East 26th Street, Suite 1300
Bryan, Texas 77803

Russell Roden
*russell.roden@dallascounty.org*
Dallas County District Attorney's Office
411 Elm Street, Suite 500
Dallas, Texas 75202-3384

Andrew B. Sommerman
*andrew@textrial.com*
Sommerman, McCaffity & Quesada, LLP
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219-4492

Kathleen Kennedy
*kkennedy@co.jefferson.tx.us*
Jefferson County Criminal District Attorney's Office
1085 Pear St., 3rd Floor
Beaumont, Texas 77701

Denton, Texas 76209

Daniel W. Ray
*daniel@scottraylaw.com*
Scott, Ray & Sullivan, PLLC
2608 Stonewall Street,
Greenville, Texas 75403-1353

Jo Anne Bernal
*joanne.bernal@epcounty.com*
500 East San Antonio, Room 503
El Paso, Texas 79901

Benny Agosto, Jr.
*bagosto@abrahamwatkins.com*
Abraham, Watkins, Nichols, Sorrels,
Agosto & Friend
800 Commerce Street
Houston, Texas 77002

Carmen I. Perez
*carmenp@lgbs.com*
Delgado, Acosta, Spencer, Linebarger &
Perez, LLP
221 North Kansas St. Suite 1400
El Paso, TX 79901

Gregory F. Cox
*gfcox@mostynlaw.com*
Mostyn Law
6280 Delaware Street
Beaumont, Texas  77706

John Forrest
*john.forrest@parkercountytx.com*
118 W. Columbia St.
Weatherford, Texas 76086

Anthony F. Constant
*office@constantlawfirm.com*
Constant Law Firm
800 N. Shoreline Blvd., Ste. 2700
South
Corpus Christi, Texas 78401

Morgan D. Vaughan
*mvaughan@lubbockcda.com*
Lubbock County Criminal District
Attorney
Civil Division
916 Main St., Ste. 301
Lubbock, Texas 79401

J. D. Lambright
*jd.lambright@mctx.org*
501 North Thompson, Suite 300
Conroe, TX 77301

Mike Stafford
*mstafford@gardere.com*
Gardere Wynne Sewell L.L.P.
1000 Louisiana Street, Suite 2000
Houston, Texas 77002-5007

Laura Garza Jimenez
*laura.jimenez@nuecesco.com*
901 Leopard Street, Room 207
Corpus Christi, Texas 78401

Frank R. Stamey
*stameyf@taylorcountytexas.org*
Constant Law Firm
800 N. Shoreline Blvd., Ste. 2700
South
Corpus Christi, Texas 78401

Vince Cruz, Jr.
*vcruz@tarrantcountytx.gov*
District Attorney's Office
401 West Belknap Street
Fort Worth, Texas 76196

Richard W. Mithoff
*rmithoff@mithofflaw.com*
Mithoff Law
500 Dallas Street, Suite 3450
Houston, Texas 77002

Earnest W. Wotring
*ewotring@bakerwotring.com*
Baker Wotring LLP
700 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002

Brantley W. White
*brantleywwhite@gmail.com*
Brantley W. White, Attorney at Law
700 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002

Darren L. McCarty
*Darren.mccarty@alston.com*
Alston & Bird LLP
2828 North Harwood St., Ste. 1800
Dallas, Texas 75201

Matt Dow
*mdow@jw.com*
JACKSON WALKER
100 Congress Avenue, Suite 1100
Austin, Texas 78701

Kevin D. Cullen
*kcullen@cullenlawfirm.com*
Cullen, Carsner, Seerden & Cullen
L.L.P.
119 South Main Street
Victoria, Texas 77901

David P. Weeks
*dweeks@co.walker.tx.us*
Walker County District Attorney's
Office
1036 11th Street
Huntsville, Texas 77340

Daniel W. Ray
*daniel@scottraylaw.com*
Scott, Ray & Sullivan, Pllc
2608 Stonewall Street,
Greenville, Texas 75403

Jorge L. Trevino, Jr.
*jltrevino@webbcountytx.gov*
1110 Washington Street, Suite 301
Laredo, Texas 78040

C. Vernon Hartline, Jr.
*vhartline@hdbdlaw.com*
HARTLINE DACUS BARGER DREYER
LLP
8750 N. Central Expressway, Suite
1600
Dallas, Texas  75231

Brett Solberg
*brett.solberg@dlapiper.com*
DLA PIPER LLP
1000 Louisiana Street, Suite 2800
Houston, Texas 77002

/s/ Kristofer S. Monson

KRISTOFER S. MONSON

# EXHIBIT C

Cause No. D-1-GN-16-000370
MDL No. 15-0884

| IN RE VOLKSWAGEN CLEAN | § | IN THE DISTRICT COURT OF |
| | § | |
| DIESEL LITIGATION: TCAA | § | TRAVIS COUNTY, TEXAS |
| | § | |
| ENFORCEMENT CASE | § | 353RD JUDICIAL DISTRICT |

# AMENDED OMNIBUS ORDER RESOLVING CHALLENGES TO COUNTY AUTHORITY TO FILE SUIT WHEN THE STATE HAS ALREADY INITIATED A CLAIM UNDER THE TEXAS CLEAN AIR ACT

On this day, the Court considered the State of Texas's Motion for Permissive Interlocutory Appeal under TEX. CIV. PRAC. & REM. CODE § 51.014(d), TEX R. CIV. P. 168, and consistent with TEX. R. APP. P. 28.3 pertaining to the following pleadings:

1) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Bexar County, Texas;

2) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Brazos County, Texas;

3) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Dallas County, Texas;

4) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Denton County, Texas;

5) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Ector County, Texas;

6) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: El Paso County, Texas;

7) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Hidalgo County, Texas;

8) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Hunt County, Texas;

9) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Jefferson County, Texas;

10) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Lubbock County, Texas;

11) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Montgomery County, Texas;

12) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Nueces County, Texas;

13) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Parker County, Texas;

14) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Tarrant County, Texas;

15) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Taylor County, Texas;

16) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Victoria County, Texas;

17) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Walker County, Texas;

18) State of Texas's Verified Plea to the Jurisdiction, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority: Webb County, Texas; and,

19) State of Texas's Verified Motion to Strike, Motion to Dismiss for Lack of Capacity, Plea in Abatement, and Motion to Show Authority: Travis County, Texas.

On September 16, 2016, the Court signed its Order Denying the State of Texas's Pleas to the Jurisdiction, Pleas in Abatement, Motions to Dismiss, and Motions to Show Authority pertaining to the listed items 1 through 18 above and on September 26, 2016, signed its Order Denying the State of Texas's Motion to Strike, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority as to Travis County, listed item 19 above.

The Court finds that the State's Plea in Abatement, Motion to Dismiss, and Motion to Show authority in items 1 – 18 and all Motions and Pleas in item 19 listed immediately above are not otherwise subject to interlocutory appeal.

The Court further finds that its September 16, 2016, Order Denying the State of Texas's Pleas to the Jurisdiction, Pleas in Abatement, Motions to Dismiss, and Motions to Show Authority and its September 26, 2016, Order Denying the State of Texas's Motion to Strike, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority as to Travis County involve a controlling question of law as to which there is a substantial ground for difference of opinion. That question is: "whether the State's filing of a Texas Clean Air Act claim foreclosed the Counties from filing their own lawsuits or from intervening in the State's suit."

The Court further finds that permitting an immediate appeal of its September 16, 2016, Order Denying the State of Texas's Pleas to the Jurisdiction, Pleas in Abatement, Motions to Dismiss, and Motions to Show Authority and its September 26, 2016, Order Denying the State of Texas's Motion to Strike, Plea in Abatement, Motion

to Dismiss, and Motion to Show Authority as to Travis County will materially advance the termination of the captioned litigation by (1) allowing the claims against Volkswagen to go forward in tandem with the federal MDL proceedings, which will result in more efficient discovery proceedings; (2) foreclosing the potential expense of duplicative litigation costs; and (3) giving the counties and the State resolution of an ultimate dispositive issue that would have to be resolved by the courts in any event.

After considering the Motion, the responses and other filings related thereto, and the arguments of counsel, the Court is of the opinion that the State of Texas's Motion should be GRANTED. Accordingly, the Court AMENDS the earlier orders, issued on September 16 and September 26, 2016:

As in the September 16, 2016 order: The Court has considered the State of Texas's Pleas to the Jurisdiction, Pleas in Abatement, Motion to Dismiss, and Motions to Show Authority pertaining to all county parties except Harris County and Fort Bend County. After considering the motions, the responses and other filings related thereto, and the arguments of counsel, the Court FINDS that the Counties are entitled to file suit after the State has initiated an enforcement action under the Texas Clean Air Act. Accordingly, the court is of the opinion that the motions should be DENIED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the State of Texas's Pleas to the Jurisdiction, Pleas in Abatement, Motions to Dismiss,

and Motions to Show Authority are DENIED.

As in the September 26, 2016 order: The Court has considered the State of Texas's Verified Motion to Strike, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority pertaining to Travis County, Texas. After considering the motions, the responses and other filings related thereto, and the arguments of counsel, the Court FINDS that the Counties are entitled to intervene in a lawsuit after the State has initiated an enforcement action under the Texas Clean Air Act. Accordingly, the court is of the opinion that the motions related to Travis County should be DENIED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the State of Texas's Verified Motion to Strike, Plea in Abatement, Motion to Dismiss, and Motion to Show Authority pertaining to Travis County, Texas are DENIED.

The denials of the motions are appropriate for immediate interlocutory appeal because, as found above, immediate appeal may materially advance the ultimate termination of the litigation.

Accordingly, IT IS THEREFORE ORDERED that the State of Texas may take an interlocutory appeal of all of the pleas and motions in the above listed pleadings on the general issue:

> Whether the State's institution of suit under the Texas Clean Air Act foreclosed the named counties (in the pleadings listed above) from filing separate lawsuits or intervening in the State's lawsuit after the date the State first filed suit?

SIGNED this 30th day of Sept. , 2016.

_____
TIM SULAK
JUDGE PRESIDING